UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CASE SUMMARY

ORIGINAL

Case Number: **SA CR 08 - 00180**
U.S.A. v. **IRENE PEMKOVA**
☒ Indictment ☐ Information

Defendant Number: **3**
Date of Birth: **1958**
Investigative Agency (FBI, DEA, etc.): **FBI**

FILED 2008 JUL -3 PM 3: [illegible]

NOTE: All items are to be completed. Information not applicable or unknown shall be indicated as "N/A".

**OFFENSE/VENUE**

a. Offense charged as a: ☐ Petty Offense ☐ Misdemeanor ☐ Minor Offense ☒ Felony
b. Date of Offense: _____
c. County in which first offense occurred: **Orange County**
d. The crimes charged are alleged to have been committed in: CHECK **ALL** THAT APPLY
   ☐ Los Angeles  ☐ Ventura
   ☒ Orange       ☐ Santa Barbara
   ☐ Riverside    ☐ San Luis Obispo
   ☐ San Bernardino ☐ Other _____

Citation of offense: **18 U.S.C. §§ 371; 1343; 2**

**RELATED CASE**
Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial? ☒ No ☐ Yes
IF YES Case Number _____

Pursuant to Section 11 of General Order 224, criminal cases may be related if a previously filed indictment or information and the present case:
a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or
b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any: MUST MATCH NOTICE OF RELATED CASE _____

**PREVIOUSLY FILED COMPLAINT**
A complaint was previously filed on: _____
   Case Number: _____
   Charging: _____

The Complaint: ☐ is still pending
              ☐ was dismissed on: _____

**COMPLEX CASE**
Are there 8 or more defendants in the Indictment/Information?
☐ Yes* ☒ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ☒ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

**SUPERSEDING INDICTMENT/INFORMATION**

This is the **n/a** superseding charge, i.e. 1st, 2nd.
The superseding case was previously filed on: _____

Case Number: _____

The superseded case:
☐ is still pending before Judge/Magistrate Judge _____
☐ was previously dismissed on: _____

Are there 8 or more defendants in the superseding case?
☐ Yes* ☐ No

Will more than 12 days be required to present government's evidence in the case-in-chief?
☐ Yes* ☐ No

Was a Notice of Complex Case filed on the Indictment of Information?
☐ Yes ☐ No

*AN ORIGINAL AND 3 COPIES OF THE NOTICE OF COMPLEX CASE MUST BE FILED 2 BUSINESS DAYS BEFORE THE ARRAIGNMENT IF EITHER YES BOX IS CHECKED.

Is an interpreter required: ☐ Yes ☒ No
IF YES, list language and/or dialect: _____

CR-72 (07/05)    CASE SUMMARY    Page 1 of 2

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CASE SUMMARY

**OTHER**

☐ Male ☒ Female
☒ U.S. Citizen ☐ Alien
Alies Name(s): _____

This defendant is charged in: ☐ All counts
☒ Only counts: _____

☐ This defendant is designated as "High Risk" per 18 U.S.C. 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 U.S.C. 3166(b)(7).

Is defendant a juvenile: ☐ Yes ☒ No
IF YES, should matter be sealed? ☐ Yes ☐ No

The area of substantive law that will be involved in this case includes:
☐ financial institution fraud ☐ public corruption
☐ government fraud ☐ tax offenses
☐ environmental issues ☒ mail/wire fraud
☐ Other: _____

**CUSTODY STATUS**

Defendant is **NOT** in custody:
a. Date and time of arrest on complaint: ___n/a___
b. Posted bond at complaint level on: _____
   In the amount of $_____
c. PSA supervision? ☐ Yes ☐ No
d. Is a Fugitive? ☐ Yes ☐ No
e. Is on bail or release from another district: _____
f. ☐ Has not been arrested but will be notified by summons to appear.
g. Warrant requested: ☒ Yes ☐ No

Defendant is **IN** custody:
a. Place of incarceration: ☐ State ☐ Federal
b. Name of Institution: _____
c. If Federal: U.S. Marshal's Registration Number: _____
d. ☐ Solely on this charge. Date and time of arrest: _____
e. On another conviction: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal ☐ Writ of Issue
f. Awaiting trial on other charges: ☐ Yes ☐ No
   IF YES ☐ State ☐ Federal AND
   Name of Court: _____

Date transferred to federal custody: _____

This person/proceeding is transferred from another district pursuant to F.R.CrP. ___ 20 ___ 21 ___ 400

---

**EXCLUDABLE TIME**
Determinations as to excludable time prior to filing indictment/information EXPLAIN: _____
_____
_____

Date: _____

*Signature of Assistant U.S. Attorney*

IVY A. WANG
*Print Name*

---

CR-72 (07/05)     CASE SUMMARY     Page2 of 2