THOMAS P. O'BRIEN
United States Attorney
ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch
LAWRENCE E. KOLE (Cal. Bar No. 141582)
Assistant United States Attorney
    411 West Fourth Street, Suite 8000
    Santa Ana, California 92701
    Telephone: (714) 338-3594
    Facsimile: (714) 338-3708

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. SA CR 08-180-DOC |
| Plaintiff, | STIPULATION RE MODIFICATION OF CONDITIONS OF RELEASE FOR DEFENDANT IRENE PEMKOVA |
| v. | |
| MOSES ONCIU, BEATA GIZELLA PRIORE, and IRENE PEMKOVA, | |
| Defendants. | |

    Plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California, and defendant, Irene Pemkova, by and through her counsel of record, Diane Bass, stipulate as follows. The conditions of release that were set by an order of the United States District Court, Northern District of Illinois, dated August 12, 2008 for defendant Pemkova when she appeared in that court pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure under Case No. 08 CR 607 shall be modified as provided herein. Condition of Release No. 7(v) regarding defendant's residence is modified so that defendant shall reside at her

residence in Las Vegas, Nevada, which is located at the address that defendant provided in her acknowledgment of the conditions of release.  All other conditions of release are unchanged and remain in effect.

IT IS SO STIPULATED.

Dated: August 18, 2008.

THOMAS P. O'BRIEN
United States Attorney

ROBB C. ADKINS
Assistant United States Attorney
Chief, Santa Ana Branch

_____
LAWRENCE E. KOLE
Assistant United States Attorney

Attorneys for Plaintiff United States of America

Dated: August 18, 2008.

_____ FOR
DIANE BASS*

*pursuant to 8/18/08 authorization

Attorney for Defendant
Irene Pemkova

2