# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: 8:08-CR-00180-DOC          Recorder: CS 08/18/2008          Date: 08/18/2008

Present: The Honorable Robert N. Block, U.S. Magistrate Judge

Court Clerk: Kerri Glover                                   Assistant U.S. Attorney: Lawrence Kole

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| Irene Pemkova BOND SET IN O/D | Diane Bass, CJA Panel | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE.**

Defendant is arraigned and states true name is Dr. Irene Pemkova.

Defendant is given a copy of the Indictment.

Defendant acknowledges receipt of a copy and waives reading thereof.

The Court appoints Diane Bass, CJA Panel, as counsel for all further proceedings for defendant.

Financial affidavit is submitted and filed.

Defendant pleads not guilty to all counts in the Indictment.

This case was previously assigned to the calendar of District Judge David O. Carter.
It is ordered that the following date(s) and time(s) are set:
    Jury Trial September 30, 2008, at 8:30 a.m.
    Status Conference September 8, 2008, at 1:30 p.m.
    Defendant and counsel are ordered to appear before said judge at the time and date indicated.

Trial estimate: 6 days.

Appointment of counsel is subject to later order of contribution at the discretion of the District Judge. Defendant's request to be allowed to reside in Las Vegas is granted by the Court. Defendant's request to travel to Czechoslovakia for medical treatment may be submitted to the District Judge with a proposed order.

:15
Initials of Deputy Clerk: klg

cc: Statistics Clerk, PSALA PSASA, USMSA