Diane C. Bass State Bar Number 155670
Law Office of Diane C. Bass
8105 Irvine Center Drive
Irvine, CA 92618
Telephone: (949) 494-7011
Email: diane@dbasslaw.com

Attorney for Defendant
Irene Pemkova

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

SEP 1 7 2013

CENTRAL DISTRICT OF CALIFORNIA
BY    J.Barrera  DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: SA CR 08-180-DOC |
| Plaintiff, | SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE APPLICATION SEEKING AN ORDER RELIEVING COUNSEL AND EXHIBITS |
| vs. | |
| IRENE PEMKOVA, | **UNDER SEAL** |
| Defendant | |

Diane C. Bass, attorney for defendant Irene Pemkova hereby submits the following supplemental declaration in support of the ex parte application requesting an order relieving counsel that was filed on September 12, 2013.

Dated: September 13, 2013

Respectfully submitted,

Diane C. Bass
Attorney for Defendant
Irene Pemkova

UNDER SEAL

1

DECLARATION

2

I, Diane C. Bass, hereby declare as follows:

3

1.    I am an attorney at law duly licensed to practice in

4

the Central District of California.   I am the appointed attorney

5

of record for defendant, Irene Pemkova in this matter.

6

2.    When I first met with defendant in 2008 she advised me

7

that she had been the victim of an attempt on her life vis-a-vis

8

some sort of radioactive device.   She believed that someone was

9

trying to poison her.   She believed that this was the cause of

10

the extensive medical, life threatening issues that she was

11

suffering from.

12

3.    One of the government's witnesses, John Robison,

13

states in his interview with the FBI agent, that defendant had

14

told him during a discussion with him in 2009, "that she had

15

been ill with a skin condition resulting from a poisoning

16

attempt on her life caused by her activity in the HYIP arena."

17

(See 302 of Interview with John Robison attached hereto as

18

Exhibit.)

19

4.    On October 17, 2008, I filed a stipulation requesting

20

that the court order defendant to submit to a psychological

21

evaluation.   The court signed the order the same day.

22

23

24

25

5.    Thereafter, defendant convinced me that she did not need an evaluation and stated that she was too ill to undergo any sort of evaluation.

6.    On January 28, 2009, I moved the court to vacate the court's order that defendant submit to a psychological evaluation.

7.    In June of 2009, I filed an ex parte application requesting an order relieving counsel based on a break down of communication.  During the hearing on the matter, defendant and I agreed to work it out.  The court, therefore, denied the motion.

8.    Defendant has told me over the course of the years I have represented her that she is allergic to western medical treatment. She claims that she has an immune system disorder, liver and lymphatic failure.

9.    Defendant has told me that she believes she is being followed by whoever it is that tried to kill her with radiation. She drives a rental car and changes it each month so that the person following her will not know what she is driving.

10.   When one of defendant's European experts suffered a heart attack, defendant was certain that it was the FBI agent in her case who caused this to occur.  (See Emails dated October 17, 2011 9:20 AM and September 12, 2013 6:42 AM).

11.   When defendant's car was broadsided in June of 2012, defendant was, and still is certain that it was the FBI agent who is trying to kill her. (See Email dated October 17, 2013 8:04 PM).

12.   After the hearing on September 5, 2013, defendant accused me of working for the government.

13.   Additionally after that hearing, defendant told me that it was "none of my business" what her experts were going to say.   I advised her that I would not put on a witness without speaking to them first because that would be malpractice and I would not risk my license to practice law for her.

14.   Since the hearing on the ex parte application to continue the trial and motion to relieve counsel, I have received an onslaught of emails from defendant, all of which have been verbally abusive and accusing me of all sorts of things including tampering with her witnesses.   She also insists that I have spoken with witnesses that I have never spoken with. One of these emails states that she has not trusted me for "a very long several years."   (See Email dated September 12, 2013 5:18 PM).

15.   I have received permission to share the attached emails which I believe demonstrate defendant's delusions as well as the fact that there is a complete breakdown of communication and a complete lack of trust.

16.   After submitting my declaration to the court on September 12, 2013, I continued to research delusional disorder and found the definition to fit defendant to a "T".  I have attached hereto as Exhibit "B" a definition from Wikipedia (citing references).  I have highlighted pertinent portions. Specifically, people who suffer from this condition believe that they are being followed or that objects like cell phones can cause radiation poisoning, both of these delusions exist here.

Within the six subtypes of this disorder is ***Grandiosity***. The individual thinks that he is the greatest, strongest, richest, or in this case, most intelligent person.  Defendant has told me that she has earned five Ph.D's the first of which she received when she was 17 years old.  She convinced me that she was smarter than anyone who would be performing a psychological examination on her.  I see now that it was her grandiosity that caused me to back down and ask the court to vacate the order for a psychological examination back in 2009. In fact, defendant convinced me that she knew more than I do about just about everything!

It occurs to me that when someone is so convinced that something is real, even if it is not, it is convincing. Case in point: my husband is terrified of flying.  I am not.  However, flying with him can be unnerving because when you are with someone who is 100% certain that your plane is going to crash,

1 you start to wonder if maybe they're right.  That is what has

2 occurred during my conversations with my client.  She is

3 absolutely certain that these things are true, thereby

4 convincing me that she is not delusional.

5      Another subtype of delusional disorder is **"Persecutory"**.

6 The person believes that someone following them to do some harm

7 in some way.  As I have stated, defendant believes she is being

8 followed and that someone, including the FBI agent, is trying to

9 kill her.

10      The third subtype that applies to this defendant is,

11 **"Somatic"**.  The person believes that she has a disease or

12 medical condition.  Defendant has been complaining of a life

13 threatening illness since her initial appearance in this case.

14 She continues to do so to this day.

15      17.  I inquired of a **Veronica Thomas, Ph.D.** who is a highly

16

17 respected clinical psychologist whose entire practice involves

18 conducting psychological evaluations and testifying as an expert

19 in court.  She has reviewed this declaration and the attached

20 emails and it is her opinion that "the language and messages in

21 the emails are consistent with symptoms of a psychotic

22 disorder."  She further stated that because her delusions

23 involve officers of the court, ie; the FBI agent and her own

24 attorney, she is most likely incompetent to stand trial because

25

she is unable to rationally assist me with her defense. **(See Letter of Veronica Thomas, Ph.D. attached hereto.)**

18.   Dr. Thomas further stated that defendant's "ability to talk you out of it in the past is part of her disorder, ie, that there can be a kernel of truth in the web of delusions that makes people doubt her mental state. She has somatic delusions (being poisoned, poor health, skin rash, etc), delusions of persecution (they're after me and so is everybody else.) You should cite that you have been unable to talk her down from these delusions.  Also, her refusal to get psychological support or help or medicine is typical for a psychotic disorder (which is what delusional disorder is).  Her delusions are bizarre and they do include officers of the court."

18.   I have conducted my trial preparation in this case by reviewing the discovery, the recorded calls, 302s, grand jury transcripts, expert witness disclosures. I have had meetings with co-counsel to discuss our defense strategy.  I have had discussions with Assistant U.S. Attorney, Larry Kole about evidentiary issues and we have discussed issues that may arise at trial.  I have prepared my opening statement.

However, my ability to have any sort of meaningful discussion with my client about specific issues has been severely limited.  In addition to the fact that she is not rational, her phone goes directly to voicemail when I call.  It

1   is extremely difficult to understand her on the phone anyway.

2   Our communications are limited to emails.  There is generally at

3   least a 24 hour delay between the time I send an email to

4   defendant and the time I receive a response. As stated earlier,

5   her responses since the hearing on September 5, 2013 have not

6   been helpful but rather abusive. Today, I was told that she

7   would not be available at all due to the fact that she was

8   undergoing some sort of "treatment".

9       19.   Furthermore, it now occurs to me that defendant's

10  belief in high yield investment programs, which is the issue in

11  this case, lies deeply rooted within her delusions and form the

12  basis of her defense which I cannot present without a proper

13  psychological evaluation which defendant refuses to submit to.

14      20.   I fear that I have failed this defendant by not

15  forcing the issue of the psychological evaluation.  I have even

16  considered that it might be malpractice for me to allow this

17  defendant to proceed to trial without first being evaluated for

18  mental illness and or competence.

19

20      20.   For instance, defendant is certain that Alan Greenspan

21  and William Mitchell of the Federal Reserve were working with a

22  colleague of hers to obtain and "Fed Trading License." (See

23  Email dated September 11, 2013 7:35 AM).

24      21.   Defendant has made continual demands that I file

25  certain motions that are not founded in law. She has even

demanded that I call as a witness, John Robison, who is a government witness.

22.    Although the court and I have explained that it is the attorney who controls the strategy of the case, defendant will not be satisfied if these things that she is demanding that I do are not done.

23.    Although I have devoted the last 18 years of my career to defending people with all my heart, as this court well knows, this defendant is convinced that I work for the government and not for her.

24.    I have stuck with this defendant through thick and thin over the last five years. However, at this juncture, I find myself in an untenable situation.

25.    I therefore, respectfully request that the court relieve me of my obligations to this defendant in this case.

I declare under penalty of perjury that the foregoing is true and correct.


Dated: September 13, 2013         _____
                                            Diane C. Bass

*Veronica A. Thomas, Ph.D.*

**Clinical and Forensic Psychology**
**PSY8940**
**A Professional Corporation**
**17662 Irvine Boulevard, Suite 11**
**Tustin, CA 92780**
**Phone: (714) 730-7090**
**Fax: (714) 731-7119**

September 13, 2013

**VIA ELECTRONIC MAIL**

Ms. Diane C. Bass
Attorney at Law
8105 Irvine Center Drive, Suite 520
Irvine, California 92618

**Re:**     **Court Competency and Delusional Disorder**

Dear Ms. Bass,

At your request I have reviewed email correspondence  and a Declaration you have prepared relating to one of your clients.  You have also outlined the nature of your interactions over the past several years and difficulties that you have perceived in communicating with one another effectively.  I do not know your client and have not evaluated the client. You have asked if the components of the correspondence could reflect a possible mental disorder. Based upon the information provided, those communications do strongly point in the direction of a psychotic disorder, namely schizophrenia or a delusional disorder.

The words written in the communication you have provided comport with  longstanding fixed false beliefs about reality, being physically and mentally manipulated and harmed by entities beyond the reporter's control, extreme distrust of other people and gross distortions of reality that have no basis in actual experience. These beliefs are generally observed over a number of years and remain consistent.  Clients with this form of psychotic disorder are usually fairly intelligent and able to articulate their issues and concerns in such a fashion as to leave the other party wondering, beyond what is known, if the delusional person is really correct and accurate after all. To be sure, somebody is out to 'get them,' however their irrational and complicated morass of reasoning and justifications about their inherent innocence becomes part of the delusional fabric of the

1  psychotic illness. Due to factors of mental illness, rather than careful deliberation and
2  evaluation of the data at hand,  these clients are frequently unable to assist counsel in
3  their defense in a rational fashion. These clients are manipulative and string together an
4  endless yarn of clues and signals that justify their psychotic beliefs. The words written in
5  the email you referred to me included somatic delusions (being poisoned and physically
6  attacked by others), referential delusions (signals given solely to the client by words and
7  behaviors of others), delusions of persecution (beliefs that because the client is who she
8  is, she is being persecuted by a wide range of individuals and entities) and other bizarre
9  associations such as officers of the court including the judge, investigator and yourself
10 being collectively part of the greater conspiracy against the client. It is not uncommon to
11 find that as the time for trial approaches, the symptoms of the disorder become
12 exacerbated by stress, both internal and external to the client.
13
14 When confronted with these issues, psychotic clients often become hostile and more
15 paranoid. They are characteristically reticent to be examined by a professional and more
16 often than not must be taken into custody in order to address the differential diagnostic
17 issues.
18
19 Respectfully,
20
21
22 *Veronica A. Thomas, Ph.D.*
23 Veronica A. Thomas, Ph.D.
24 Clinical and Forensic Psychology
25
26
27
28

# EXHIBIT

**Diane Bass**

| | |
|---|---|
| **From:** | Dr Euro VIP [dreuro@yahoo.com] |
| **Sent:** | Thursday, September 12, 2013 6:42 AM |
| **Cc:** | Diana Bass |
| **Subject:** | experts e-mails |

Ms. Bass,

Please, find below demanded  e-mails for the experts

All your communication with them must be in writing to be easily evidenced. As I have explained to you many times per law they are authorized to testify in the court not to an unknown voice in the phone on top of the fact I do not authorize you to talk to any one due to the fact that so far every time I have told or I let you talk to the parties who were my witnesses were approached by FBI and tempered with, threatened etc as an example Mr. Moon, Mr. Rudy, Mr. Rowe and I can keep going…

  Ing Junger: ingrudolfjunger@appraiser.net

  Ing Klika    ingrudolfklika@appraiser.net

Time difference is +9 hours to a pacific time

DrI

**Diane Bass**

| | |
|---|---|
| **From:** | Dr Euro VIP [dreuro@yahoo.com] |
| **Sent:** | Thursday, September 12, 2013 5:18 PM |
| **To:** | Diane Bass |
| **Subject:** | YES Re: Representation-URGENT |

Ms. Bass,
Yes, I do not trust you for a very long several years. It was my mistake agreeing on the continuance when we were at the same point 2-3 years ago right upfront of Judge Carter. Yes you have my permission to do so and I will highly appreciate if I do not have to go to Santa Ana /my health, my cat / Yes, severing will be a good solution because all what I want is to give me a possibility to recover and heal at least to the extend that my brain works and I will face everyting what Reitz &co is accusing me of. You know very well I do not try to run or hide as I told you many times: I do want fair trial and justice
Thank you in advance,
DrI

From: Diane Bass <dbass1@cox.net>
To: Dr Euro VIP <dreuro@yahoo.com>
Sent: Thursday, September 12, 2013 11:44 AM
Subject: Representation-URGENT

Irene,

It is clear that we have reached a point in our relationship where you no longer trust me.  I am therefore, going to file a motion to be relieved.  I will file a declaration under seal so that only Judge Carter will see it.  I need permission to share some of our communications with him thereby waiving the attorney client privilege.  I intend to tell him that you believe that I am tampering with your witnesses.

Please respond to this email immediately so that I can file the motion today.

Judge Carter may require you to be present for a hearing on this issue tomorrow or Monday.  I will, however, ask him to rule in your absence so you don't have to make the trip if you prefer. If he does agree to appoint new counsel, it is most likely that your case will be severed from Onciu and Priore who will most likely proceed as presently scheduled. However, I do not know that for certain.

Diane

Sent from my iPad

## Diane Bass

| | |
|---|---|
| **From:** | Dr Euro VIP [dreuro@yahoo.com] |
| **Sent:** | Wednesday, October 17, 2012 8:04 PM |
| **To:** | Diana Bass |
| **Subject:** | accident 1 - photos |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | June 11.12 After first alteration!!! .jpg; June 11.12 white paint =back pass seat )!!! .jpg; June 11.12. after first alteration back door!!! .jpg; June 18.12 Second alteration- door!!! .jpg; Victim report for the accident police report number LVMPD.doc |

Dear Diana,
Reitz & Co almost have succeeded this time! I was more lucky than ever before!!! During the action and while spinning I was not sure personally I am going to survive this well coordinated action . in that driver's behavior were shocking similarities with the behavior of drivers hunting me several times on my ways to Arizona in 2005-7. Especially their faces and their eyes! I will never forget the one looking on me down from the truck and I will never forger this one looking on me and doing everything to kill me especially when he has realized I gained advantage from the laws of Physics and I am escaping!!! This was a very very "closed call" - attached photos are self explanatory. By this e-mail also ask you to file tor the permit to carry the gun.

Specific of the accident:
Speeding
Hit and run
Drunk driving
And the driver got a ticket for a illegal parking only!
Driver was sober app30 old man a excellent driver not an old drunk one!!!!   /see my door pushed inside towards me!!!!/
Police report is a joke, police refused to take my testimony and refused my additional report on the accident. District attorney office refused to do anything with it sending me back to police. Every involved party does everything to burry this accident
GEICO settled with the rental company in 2 weeks and the car was sold in the auction immediately!!!
Photos were reviewed by several parties:
I. European court certified collisions experts' opinion is:
  1.  Hit was not executed by a normal car bumper
  2.  Impact was created by a heavy metallic object
  3.  This impact on the driver's door or in between doors would be fatal for the driver
  4.  Driving skills of both drivers are outstanding /agencies suspected /
  5.  etc….

II. US chiropractor I am still being treated by has the identical opinion on point 3 – would be fatal for the driver
III. Secret service of few European countries opinion is: this is agencies work! Leave USA now if you want to stay alive!

In consequent e-mails you will receive police and medical reports and additional documents but keep, please all name confidential I do not want Reitz snooping and slandering me there as he has done so far everywhere where he got the data
Thank you in advance

## Diane Bass

| | |
|---|---|
| **From:** | Dr Euro VIP [dreuro@yahoo.com] |
| **Sent:** | Monday, October 17, 2011 9:20 AM |
| **To:** | Diana Bass |
| **Subject:** | Affidavit for the witness |
| **Attachments:** | skenování0003.jpg |

Dear Diana,

please find the first page of the affidavit re the witness- expert Ing. Klika. I apologize for the delays but the translation took so long that witness has avoided the area, where his name is well known and in remote courts, the official court licensed translators and booked for months ahead.

He was influenced and threatened the same way like John Robison and seems this is what caused the heart and health issues. Generally, as a passionate active hunter, he was in a very good shape – regularly participating in the long hunting and chases /10+ miles each/ walking daily for 2hours his special breed hunting dog requesting extensive activities in order to stay in proper shape, Ing Klika is very proud of. We have been discussing these topics regularly many times. On the top of these facts I was only doctor who was able to resolve the major conditions his wife was suffering from. I have done it for free and without a scary and extremely costly procedures, she was requested to follow up.  From every and each aspect/angle of the analysis: in normal circumstances Ing Klika has had absolutely ZERO reasons to start behaving the way as he does on top of his sudden health issues, which with his high quality organic food diet and healthy lifestyle should not take place as well.

Diane, please keep this lady data confidential under the witness protection – she is a mother of 3 with a normal family and a busy life.  There is a chance that her relatively common family name will make more complicated to generate for her a similar exposure  Ing Klika is facing.

I have already asked the lawyers and non-depended MD to research and investigate what happened there with a full report and I will keep your posted.. According to Ing Klika's personal statement made to her and me over the  phone, he needs 6-8 months for the recovery.

 Best regards, DrI

## Diane Bass

| | |
|---|---|
| **From:** | Dr Euro VIP [dreuro@yahoo.com] |
| **Sent:** | Wednesday, September 11, 2013 7:35 AM |
| **To:** | Diane Bass |
| **Subject:** | Dr Onciu- Moon & Co Re: Your statement |
| **Attachments:** | Delta_08172006.jpg; Bofa_08182006.jpg; 11.29.06 S Passport + POF.doc; 08.30.06 S POF .doc; 02.27.06 S Moore .doc |

You have forgotten everything! Moon has confirmed it to you in one of your conversations
Q: "Did you introduce other people to Onciu before you introduced Moore? "
A: Yes I did per Moon Mitchell and Greenspan approval – see below – that is why
I have briefly told Moore/Reitz the same when he was asking how do you know Dr Onciu

Q: If so, did Onciu tell you that they were making money?
A: Yes! Dr Onciu told me several times we are being paid. I never have any agreement with Dr Onciu and/or the intention to make any money with him!!! The introduction was made to fund  Moon Mitchell and Greenspan license and a small part of money made were automatically dedicated for some humanitarian projects.  Dr Onciu just told me we got paid and I never have verified how much, where etc – there was no reason for me to do so!!!!
This is how Reitz intrapped: I told Moore/Reitz the truth how I know Dr Onciu that is why Moore asked me if I will repeat to him everything what we will discuss with  Dr Onciu on Moore's topic and I have agreed not foreseeing anything wrong in it
More was luring me into it very hard from January to November 2006 skipping later conveniently Ortis /I never have spoken to him/ and Elder – see attached! Beside Beverly Hills I never have done anything on his other "evidence of funds" despite how hard he was trying until Moon stepped in!!!

INTRO TO DR ONCIU
1.  January-February 2006 I was several times approached by William Elder asking to find for his associate friend an investment opportunity because he is embarrassed due to the failure with Bathgate. The investor "Thomas Moore" in the reality FBI agent, came as a financial advisor and expert handling family funds for his sister and brother, he was asking us for the help to understand the European system of trades, the flood of mostly fraudulent offers on the American market. I have shared with him theoretically part of my knowledge and facts from my Collection of "Artifacts" – before starting to write a book about various aspects of investment including high yield investment I have been collecting all related documents because my research and a consequent book will be a new fields in certain sciences. /I have achieved such stage one before on the top academic level!/ After several Moore's calls filled by emotional stories - his gifted but alcoholic brother and useless brother in law while his sister is raising her 3 children alone relaying on him, he trying to follow the dead father wish he must take care of his siblings – Moore made me feeling sorry for him and I have asked Moon to help him Moon has said he will talk to Mitchell and Greenspan and find it.
2.  The investor "Thomas Moore" was approaching W. Elder and me several times and I finally have introduced him to the Beverly Hills located firm searching for the investors into their high yield program based on the technology copying M. Milken scheme with "Leap frog" / the investors have made on each invested $1 in 2 years profit of 3,900% while the owners made app 4,900% out of their own shares plus the difference on all investors shares they

9/13/2013

have bought out at app $39 while the final sale was $49/  Before that meeting we met in the hotel cross the street. Moore introduced himself as the  financial advisor and CEO & CPA for their family trust and his partner Greg as the lawyer –Auditor & CPA. While they were eating an expensive lunches I made a full disclosure to him in order to be clear on my legal responsibility as I always do

3.   In May 2006 Moon handled from his home in LV a phone conference introducing me to his friends Gerard Harper, retired Pentagon general, Dr Carl Jensen financial expert in HK and Dr Moses Onciu. Moon explained Dr Onciu as a former FBI,CIA officer was selected for to support the funding of their trading license. Due to my evident skepticism Moon later reassured me via a direct call to Mitchell and Greenspan and they reconfirm it is the true. Consequently, everything what I ever have done with Dr Onciu was approved by Moon and Moon never has done anything related to their license without Mitchell and Greenspan's blessings! He also encouraged me to make as many introductions for Dr Onciu's financial structures as much I can including bringing Moore.

**From:** Diane Bass <dbass1@cox.net>
**To:** Dr Euro VIP <dreuro@yahoo.com>
**Sent:** Tuesday, September 10, 2013 5:31 PM
**Subject:** Your statement

Did you introduce other people to Onciu before you introduced Moore?  If so, did Onciu tell you that they were making money?  (This is what you said to the FBI in Chicago.)

Sent from my iPad

**Diane Bass**

| | |
|---|---|
| **To:** | Diane Bass |

**Subject:** FW: Tampered with... Re: experts e-mails

**From:** Dr Euro VIP [mailto:dreuro@yahoo.com]
**Sent:** Thursday, September 12, 2013 5:57 PM
**To:** Diane Bass
**Subject:** Tampered with... Re: experts e-mails

Ms. Bass thank you for this e-mail and I mean it and show it to Judge Carter as well and even to everyone else  -L.. Kole, counselors and even Reitz! You are leading me to an expedited trial when I am not physically and especially mentally in the capacity to handle it and lead you. You have forgotten conveniently everything what does not fit the prosecution story crafter originally by malicious actions of Reitz.
You have conveniently
never filed for the hearing with Mr. Moon who was willing to go to Santa Ana in person
never filed for the hearing with M. Rowe my landlord who was willing at that time to come as well re unlawful search in my home while I was in Kankakee
never filed for the hearing of J. Robison who will testify for me in 2008-2009
never filed for the expert witness M. Rudy banker from Vienna who would give the top testimony re high yield opportunity as the  very high ranking BANKER!!!  /see part of his bio I have delivered to you several times/
never filed for the hearing of M. Geller /see attached/
and  …………  the list is much longer ..

you have spoken several times with all these people …you were ready to fly to Vienna with all your crew ….AND  today you do not ever remember who these people are
    But all these people were heavily tampered with, scared and frightened by FBI threats ….most of them do not talk to me anymore /I am lucky the evidence of these facts is stored in a secure place and will be used if needed.
Yes, all this sounds like a lousy movie ALAS it is nightmare my life was turned into!

This is the letter Mr. Rudy sent to the Governor and his bio was on the letter he sent to you!!!

Dear Mr. Schwarzenegger

My name is …….. and I was for more than 30 years working in high positions for several banks.
For example:
-    Foreign trade bank ……… (organization of Tradingfloors)
-    ………bank Austria (established in all eastern European branches incl. Tradingfloors)
-    ………bank (organization and development of Tradingfloors)
-    ……….central bank ( organization and development of Trandingfloors)
-    Foreign trade bank …….. (organization and development of Tradingfloors)
-    All ………… banks (established SWIFT connectivity, e.g. Citibank)
-    ……….bank Austria (connected more than 140 Banks in one datacenter)
-    Merger of tradingfloor at ……. Bank and …….. in Austria (Established opposite of stock exchange Austria)

9/13/2013

Despite my retirement I remain in financial world being involved with private placements, high yields and projects funding.

As an International banker and more importantly the ….. citizen I feel honored writing to you as another ……… at this time in your career.  You set an example of achievement impacting both the sport of body building and Hollywood that continues to motivate individuals worldwide. Now you are in the midst of making an impeccable personal impact with your political carrier. As ………… you have to succeed returning to California its leading position of a large and strong economy and we are here to help you despite the lack of support you received in Washington.  Moreover, with our assistance, your legacy can be fulfilled faster as you bring California back to life through innovative financial solutions pioneering a new economy model to entire USA and consequently to the world. We are sure for such achievement you deserve to have the Constitution changed and it will be nice to have a first non American president born in Austria.

We are using all kind of different conventional and non-conventional funding to generate sufficient funds including a secure utilization of selected public assets. I am personally bringing a tradeable instrument with a face value of $2.75 Billion along with unencumbered accrued interest of approximately $16 Billion, which can be utilized to help you with California.

I will be honored to meet you but in the meanwhile you will get all details from Dr Irene who is working closely with us on this concept, which will significantly improve your position on the republican party congress in Palm Springs and help you to stop dangerous plans to lease Californian public assets to the foreigners and especially Chinese entities as planned in "The Mundell's plan"

These funds can be used as follows:
1. In the state of California
   A. Californian budget including the return of 2B taken out the schools budget
   B. New technologies for to create new hot jobs market and to rebuild California after the wild fires using the latest energy efficient housing technology complying with an urge for green energy you were first to call for /100F temperature change resistant/
   C. Practical implementations of financial structures generating sufficient funds for the state budget and better environment for comeback and a creation of new businesses
   D. Practical progressive implementation of new heath care system, which will benefit the state as well as people of California
   E. Latest technologies for Californian ecology and efficient green energy
   F. Significant change in the trade balance with China
2. Humanitarian and commercial projects in selected Asian countries /Industrialization, alternative power stations, infrastructure
3. Advanced medical facilities and  ,,,,,,,. hospitals in USA/California, European union and other countries.


Among various clients I work presently with ,,,,,,,. a German network supporting a  new concept of children cancer hospitals with additional special amenities for patients' families. These hospitals will be equipped by the latest diagnostic noninvasive devices and the latest technologies, medications and treatments. Top European experts, scientists, researchers, medical doctors, psychologists, psychiatrists and other specialists are participating in the practical implementation of this concept. These hospitals can be duplicated in the USA and

9/13/2013

allow/require less visits and more efficient care.
The medical congress related to these hospitals will take place in second week of ……. in
………….. and you are very welcome to be our honorable guest. Personal invitation will be
separately delivered to you.

**From:** Diane Bass <dbass1@cox.net>
**To:** Dr Euro VIP <dreuro@yahoo.com>
**Sent:** Thursday, September 12, 2013 8:51 AM
**Subject:** Re: experts e-mails

Irene,
I do not even know who Mr. Rudy and Mr. Rowe are.  Please tell me exactly what you are
accusing me of.
Diane

Sent from my iPad

On Sep 12, 2013, at 6:41 AM, Dr Euro VIP <dreuro@yahoo.com> wrote:

> Ms. Bass,
> Please, find below demanded  e-mails for the experts
> All your communication with them must be in writing to be easily evidenced. As I
> have explained to you many times per law they are authorized to testify in the court
> not to an unknown voice in the phone on top of the fact I do not authorize you to
> talk to any one due to the fact that so far every time I have told or I let you talk to
> the parties who were my witnesses were approached by FBI and tempered with,
> threatened etc as an example Mr. Moon, Mr. Rudy, Mr. Rowe and I can keep
> going…
>    Ing Junger: ingrudolfjunger@appraiser.net
>    Ing Klika   ingrudolfklika@appraiser.net
> Time difference is +9 hours to a pacific time
> DrI

9/13/2013

# EXHIBIT

# Delusional disorder

From Wikipedia, the free encyclopedia

**Delusional disorder** is an uncommon psychiatric condition in which patients present with non-bizarre delusions, but with no accompanying prominent hallucinations, thought disorder, mood disorder, or significant flattening of affect.[1] Delusions are a type of psychotic symptom. Non-bizarre delusions are fixed false beliefs that involve situations that could potentially occur in real life; examples include being followed, or that microwaved food, TV antennae, cellphones, and lap computers cause radiation poisoning (as is believed by the Fa Cha Chi Gong spiritual belief.[2] Apart from their delusions, people with delusional disorder may continue to socialize and function in a normal manner and their behaviour does not generally seem odd or bizarre.[3] However, the preoccupation with delusional ideas can be disruptive to their overall lives.[3] For the diagnosis to be made, auditory and visual hallucinations cannot be prominent, though olfactory or tactile hallucinations related to the content of the delusion may be present.[4]

| Delusional disorder | | |
|---|---|---|
| *Classification and external resources* | | |
| **ICD-10** | F22.0 (http://apps.who.int/classifications/icd10/browse/2010/en#/F22.0) | |
| **ICD-9** | 297.1 (http://www.icd9data.com/getICD9Code.ashx?icd9=297.1) | |
| **eMedicine** | article/292991 (http://emedicine.medscape.com/article/292991-overview) | |
| **MeSH** | D010259 (http://www.nlm.nih.gov/cgi/mesh/2013/MB_cgi?field=uid&term=D010259) | |

To be diagnosed with delusional disorder, the delusion or delusions cannot be due to the effects of a drug, medication, or general medical condition, and delusional disorder cannot be diagnosed in an individual previously diagnosed with schizophrenia. A person with delusional disorder may be high functioning in daily life, and this disorder bears no relation to one's IQ.[5] According to German psychiatrist Emil Kraepelin, patients with delusional disorder remain coherent, sensible and reasonable.[6] The Diagnostic and Statistical Manual of Mental Disorders (DSM) defines six subtypes of the disorder characterized as erotomanic (believes that someone is in love with him or her), grandiose (believes that he/she is the greatest, strongest, fastest, richest, and/or most intelligent person ever), jealous (believes that the love partner is cheating on him/her), persecutory (believes that someone is following him/her to do some harm in some way), somatic (believes that he/she has a disease or medical condition), and mixed, i.e., having features of more than one subtype.[4] Delusions also occur as symptoms of many other mental disorders, especially the other psychotic disorders.

The DSM-IV, and psychologists, generally agree that personal beliefs should be evaluated with great respect to complexity of cultural and religious differences since some cultures have widely accepted beliefs that may be considered delusional in other cultures.[7]

# Contents

- 1 Indicators of a delusion
- 2 Features
- 3 Types

- 4 Causes
- 5 Epidemiology
- 6 Diagnosis
- 7 Treatment
- 8 See also
- 9 References
- 10 Further reading

# Indicators of a delusion

The following can indicate a delusion:[8]

1. The patient expresses an idea or belief with unusual persistence or force.
2. That idea appears to exert an undue influence on the patient's life, and the way of life is often altered to an inexplicable extent.
3. Despite his/her profound conviction, there is often a quality of secretiveness or suspicion when the patient is questioned about it.
4. The individual tends to be humorless and oversensitive, especially about the belief.
5. There is a quality of *centrality*: no matter how unlikely it is that these strange things are happening to him, the patient accepts them relatively unquestioningly.
6. An attempt to contradict the belief is likely to arouse an inappropriately strong emotional reaction, often with irritability and hostility.
7. The belief is, at the least, unlikely, and out of keeping with the patient's social, cultural and religious background.
8. The patient is emotionally over-invested in the idea and it overwhelms other elements of their psyche.
9. The delusion, if acted out, often leads to behaviors which are abnormal and/or out of character, although perhaps understandable in the light of the delusional beliefs.
10. Individuals who know the patient observe that the belief and behavior are uncharacteristic and alien.

# Features

The following features are found:[8]

1. It is a primary disorder.
2. It is a stable disorder characterized by the presence of delusions to which the patient clings with extraordinary tenacity.
3. The illness is chronic and frequently lifelong.
4. The delusions are logically constructed and internally consistent.
5. The delusions do not interfere with general logical reasoning (although within the delusional system the logic is perverted) and there is usually no general disturbance of behavior. If disturbed behavior does occur, it is directly related to the delusional beliefs.
6. The individual experiences a heightened sense of self-reference. Events which, to others, are nonsignificant are of enormous significance to him or her, and the atmosphere surrounding the delusions is highly charged.

# Types

Diagnosis of a specific type of delusional disorder can sometimes be made based on the content of the delusions. The *Diagnostic and Statistical Manual of Mental Disorders* (DSM) enumerates seven types:

- **Erotomanic type (erotomania)**: delusion that another person, often a prominent figure, is in love with the individual. The individual may breach the law as he/she tries to obsessively make contact with the desired person.
- **Grandiose type**: delusion of inflated worth, power, knowledge, identity or believes himself/herself to be a famous person, claiming the actual person is an impostor or an impersonator.
- **Jealous type**: delusion that the individual's sexual partner is unfaithful when it is untrue. The patient may follow the partner, check text messages, emails, phone calls etc. in an attempt to find "evidence" of the infidelity.
- **Persecutory type**: This delusion is a common subtype. It includes the belief that the person (or someone to whom the person is close) is being malevolently treated in some way. The patient may believe that he/she has been drugged, spied-on, harassed and so on and may seek "justice" by making police reports, taking court action or even acting violently.
- **Somatic type**: delusions that the person has some physical defect or general medical condition
- **Mixed type**: delusions with characteristics of more than one of the above types but with no one theme predominating.
- **Unspecified type**: delusions that cannot be clearly determine or doesn't characterize in any of the categories in the specific types.[9]

# Causes

The cause of delusional disorder is unknown,[2] but genetic, biochemical and environmental factors may play a significant role in its development.[10] Some people with delusional disorders may have an imbalance in neurotransmitters, the chemicals that send and receive messages to the brain.[11] There does seem to be some familial component, and social isolation, social rejection, emotional and physical abuse, homosexuality, immigration (generally for persecutory reasons),[2] drug abuse, excessive stress,[12] being married, being employed, low socioeconomic status, celibacy among men, and widowhood among women may also be risk factors.[13] Delusional disorders are probably unrelated to schizophrenia or mood disorders.[2]

# Epidemiology

Delusional disorders are uncommon in psychiatric practice, though this may be an underestimation due to the fact that those afflicted lack insight and thus avoid psychiatric assessment. The prevalence of this condition stands at about 24 to 30 cases per 100,000 people while 0.7 to 3.0 new cases per 100,000 people are reported every year. Delusional disorder accounts for 1-2% of admissions to inpatient mental health facilities.[4][14] The incidence of first admissions for delusional disorder is lower, from 0.001-0.003%.[15]

Delusional disorder tends to appear in middle to late adult life, and for the most part first admissions to hospital for delusional disorder occur between age 33 and 55.[2] It is more common in women than men, and immigrants seem to be at higher risk.[2]

# Diagnosis

Differential diagnosis includes ruling out other causes such as drug-induced conditions, dementia, infections, metabolic disorders, and endocrine disorders.[2] Other psychiatric disorders must then be ruled out. In delusional disorder, mood symptoms tend to be brief or absent, and unlike schizophrenia, delusions are non-bizarre and hallucinations are minimal or absent.[2]

Interviews are important tools to obtain information about the patient's life situation and past history to help make a diagnosis. Clinicians generally review earlier medical records to gather a full history. Clinicians also try to interview the patient's immediate family, as this can be helpful in determining the presence of delusions. The mental status examination is used to assess the patient's current mental condition.[16]

A psychological questionnaire used in the diagnosis of the delusional disorder is the Peters Delusion Inventory (PDI) which focuses on identifying and understanding delusional thinking. However, this questionnaire is more likely used in research than in clinical practice.[16]

# Treatment

A challenge in the treatment of delusional disorders is that most patients have limited insight, and do not acknowledge that there is a problem.[2] Most patients are treated as out-patients, although hospitalization may be required in some cases if there is a risk of harm to self or others.[2] Individual psychotherapy is recommended rather than group psychotherapy, as patients are often quite suspicious and sensitive.[2] Antipsychotics are not well tested in delusional disorder, but they do not seem to work very well, and often have no effect on the core delusional belief.[2] Pimozide may be more effective than other agents.[16] Antipsychotics may be more useful in managing agitation that can accompany delusional disorder.[2]

Psychotherapy for patients with delusional disorder can include cognitive therapy which is conducted with the use of empathy. During the process, the therapist can ask hypothetical questions in a form of therapeutic Socratic dialogue.[17] This therapy has been mostly studied in patients with the persecutory type. The combination of pharmacotherapy with cognitive therapy integrates treating the possible underlying biological problems and decreasing the symptoms with psychotherapy as well. Psychotherapy has been said to be the most useful form of treatment because of the trust formed in a patient and therapist relationship.[18] The therapist is there for support and must not show any signs implying that the patient is mentally ill.[18]

Supportive therapy has also been shown to be helpful. Its goal is to facilitate treatment adherence and provide education about the illness and its treatment.

Furthermore, providing social skills training has helped many persons. It can promote interpersonal competence as well as confidence and comfort when interacting with those individuals perceived as a threat.[19]

Insight-oriented therapy is rarely indicated or contraindicated; yet there are reports of successful treatment.[19] Its goals are to develop therapeutic alliance, containment of projected feelings of hatred, impotence, and badness; measured interpretation as well as the development of a sense of creative doubt in the internal perception of the world. The latter requires empathy with the patient's defensive position.[19]

# See also

# EXHIBIT

FD-302 (Rev. 10-6-95)

- 1 -

**FEDERAL BUREAU OF INVESTIGATION**

Date of transcription  09/09/2010

John S. Robison, date of birth ~~█████████~~ address of
~~████████████████████████~~, cell phone number
~~███████████~~ was advised of the interviewing agent's identity
and the nature fot he interview. Robison was contacted at his
residence and voluntarily provided the following information:

Robison met Irene Pimkova through Richard Newcrantz
(phonetic) around early 2006. Newcrantz advised that Pimkova,
while odd, had extensive business contacts and could introduce
Robison's company, Round One Investments, Inc. (ROI) to
potential investors. At the time ROI was in need of cash for an
acquisition of technology. Up to that time, ROI's operations
were funded by shareholders and friends.

During the short period that Pimkova was introducing
potential ROI investors to Robison, she would drive from Las
Vegas to Los Angeles and sometimes stay with Robison at his
residence. Pimkova would use Robison's computer extensively
while at the residence. Pimkova would then quickly (within a
day) return to Las Vegas because she had a cat at her Las Vegas
residence.

Robison has been approached to invest in High Yield
Investment Programs (HYIP) in the past. Robison looked intoit,
spoke to some of his extensive business contacts, and realized
that HYIPs - the buy-sell of Medium Term Notes (MTNs) in Europe
through secret programs approved by the IMF or the Federal
Reserve Bank and available only to the wealthy that support
humanitarian endeavors and yield sky-high returns at no risk -
did not work. Robison told Pimkova that HYIPs did not work and
were worthless.

Robison's warning Pimkova was without effect.  HYIPs
were Pimkova's life. Pimkova insisted that they were real and
did exist and that Pimkova had seen them before. She spoke of
them constantly - to the point that Robison would ask her to
stop. Robison did not recall Pimkova saying that Pimkova had
made money in a HYIP. However, there was no humility or doubt in
Pimkova's presentations regarding the topic. Pimkova never said
that she had never actually done a HYIP before.

Investigation on  9/9/10  at Santa Ana, CA  (telephonically)

File #  ~~████████████████████~~  Date dictated

by  Thomas J. Reitz:tjr

This document contains neither recommendations nor conclusions of the FBI. It is the property of the FBI and is loaned to your agency;

D-302a (Rev. 10-6-95)

ontinuation of FD-302 of ____John Robison_____ , On _9/9/10_____ , Page __2__

      Robison recalled that many of the 8-10 prospective investors that Pimkova provided were sketchy. Pimkova once screamed at Robison saying that she had sent him 40 leads and that Robison did not "close the deal" on these referrals. Half of the potential investors would ask Robison about Pimkova and whether her HYIP investments were for real. Robison made it clear to all of them that he could not say, and that HYIPs were not his thing.

      Pimkova did refer Robison to a Swiss national named Zoos who invested $1 million in a London-based affiliate of ROI. Robison paid Pimkova a commission in stock for the successful referral. To this day, Pimkova will say that Robison owes Pimkova money.

      After making those introductions, Pimkova did not contact Robison for several years, then reappeared about a year ago. Pimkova said that she had been ill with a skin condition resulting from a poisoning attempt on her life caused by her activity in the HYIP arena. Pimkova was still selling her HYIP programs. Robison has drawings made by Pimkova explaining how the transactions work, including terms like "safe keeping receipts".

      Robison told Pimkova that he needed help with his mortgage. Pimkova brought an investor who bought the note on the home prior to foreclosure. That investor, Jerry Barnett, also put about $1 million overseas in one of Pimkova's investments and lost the entire sum.

      Robison has numerous Hollywood and business contacts. Pimkova was constantly trying to meet as many of Robison's contacts as possible. Pimkova had an Austrian client and wanted Robison to introduce her to Gov. Arnold Schwarzenegger. Robison knows the Nobel Prize winner Mendel, who did the work to make the Euro possible. Pimkova desperately wanted to meet him and may have actually talked to him once at a party. Robison did provide a few introductions to his network of business contacts on the occasions when Pimkova helped him out with ROI or with his mortgage.

      Pimkova never mentioned that she was indicted on a fraud charge, nor that she was arrested in July 2008.