# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - TRIAL

| | |
|---|---|
| Case No. | SA CR 08-0180-DOC |
| Present: The Honorable | David O. Carter, U.S. District Judge |
| Interpreter | N/A |

| Deborah Goltz | Debbie Gale, Deborah Parker, CourtSmart | Lawrence Kole |
|---|---|---|
| *Deputy Clerk* | *Court Reporter/Recorder* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Irene Pemkova, Pro Se | X | | X | H. Dean Steward (Stand-By) | X | X | |

|   | Day COURT TRIAL | 7 | Day JURY TRIAL |   | Death Penalty Phase |
|---|---|---|---|---|---|
|   | One day trial; | Begun (1st day); | Held & continued; | Completed by jury verdict/submitted to court. | |
|   | The Jury is impaneled and sworn. | | | | |
|   | Opening statements made | | | | |
| X | Witnesses called, sworn and testified. | | | | |
| X | Exhibits identified | X | Exhibits admitted | | |
| X | Government rests. | Defendant(s) | | | rest. |
|   | Motion for mistrial by | | is | granted | denied | submitted |
| X | Motion for judgment of acquittal (FRCrP 29) by Defendant | | is | granted | denied | submitted |
|   | Closing arguments made | Court instructs jury | Bailiff sworn | | |
|   | Alternates excused | Jury retires to deliberate | Jury resumes deliberations | | |
|   | Finding by Court as follows: | Jury Verdict as follows: | | | |
| Dft # | Guilty on count(s) | Not Guilty on count(s) | | | |
|   | Jury polled | Polling waived | | | |
|   | Filed Witness & Exhibit lists | Filed Jury notes | Filed Jury Instructions | Filed Jury Verdict | |
|   | Dft # Referred to Probation Office for Investigation & Report and continued to | | | for sentencing. | |
|   | Dft # remanded to custody. | Remand/Release# issd. | Dft # released from custody. | | |
|   | Bond exonerated as to Dft # | | | | |
| X | Case continued to June 23, 2015 @ 8:00 a.m. for further trial/further jury deliberation. | | | | |
| X | Other: Rule 29 motion and proposed verdict form to be filed by 6/18/2015. | | | | |

6 : 55

Initials of Deputy Clerk    djg