H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C
San Clemente, CA 92672
949-481-4900
Fax: (949) 496-6753
deansteward@fea.net
Standby Attorney for

Irene Pemkova
Defendant Pro Se

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Irene Pimkova<br><br>　　　　Defendant. | Case No. 8:08-cr-00180-DOC<br><br>Motion for Subpoena |

To: Honorable David O. Carter, U.S. District Judge

MOTION

Comes now defendant pro se, Irene Pimkova, and asks this Court for the issuance of following subpoena per attached drafts:

1. Moon William Winfield, 911 County Road 1169, Cullman, AL 35057
2. Rose Marie Pitt, M.D.,MPH, 14181 Yorba Street, suite 110, Tustin, California 92780
3. Veronica Thomas Ph.D. 17662 Irvine Blvd Ste 11, Tustin, CA 92780

- 1 -

4. Lesli Johnson, Ph.D. MDC_LA, 535 N. Alameda Street, Los Angeles, CA 90012

5. Lisa Hope, Psy.D. MDC_LA, 535 N. Alameda Street, Los Angeles, CA 90012

6. Ms. Gerber, MDC_LA, 535 N. Alameda Street, Los Angeles, CA 90012

7. L. R. Thomas, Warden, MDC_LA, 535 N. Alameda Street, Los Angeles, CA 90012

Dated: June 15, 2015

_____

Irene Pimkova

Defendant Pro Se

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CA

| United States of America | ) |
|---|---|
| v. | ) |
| Irene Pemkova | ) Case No. 8:08-cr-00180-DOC |
| _Defendant_ | ) |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Moon William Winfield
911 County Road 1169
Cullman, AL 35057

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 411 W. 4th Street, Courtroom 9D, Santa Ana, CA 92701 | Courtroom No.: | 9D /Judge David O. Carter, |
|---|---|---|---|
| | | Date and Time: | 06/23/2015 8:30 am |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:
1. Any and all documents you have regarding your relation with your 2 famous friends/business partners in Washington

(SEAL)

Date: 06/15/2015

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____, who requests this subpoena, are:

H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C, San Clemente, CA 92672
(949)481-4900, Fax: (949) 496-6753
deansteward@fea.net
Standby Attorney for Irene Pemkova Defendant Pro Se (310)925.4841

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Irene Pemkova | ) | Case No. 8:08-cr-00180-DOC |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Rose Marie Pitt, M.D.,MPH
14181 Yorba Street, suite 110, Tustin, California 92780
(714)547.8611, Fax:(714)547.8640, <rospitt@aol.com>,

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 411 W. 4th Street, Courtroom 9D, Santa Ana, CA 92701 | Courtroom No.: | 9D /Judge David O. Carter, |
|---|---|---|---|
| | | Date and Time: | 06/23/2015 9:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
1. Any and all documents you have regarding the mental evaluation you have performed for the case 8:08-cr-00180-DOC

(SEAL)

Date: 06/15/2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C, San Clemente, CA 92672
(949)481-4900, Fax: (949) 496-6753
deansteward@fea.net
Standby Attorney for Irene Pemkova Defendant Pro Se  (310)925.4841

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Irene Pemkova | ) | Case No. 8:08-cr-00180-DOC |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Veronica A. Thomas, PHD
17662 Irvine Blvd Ste 11, Tustin, CA 92780
(714) 730-7090 (Office) (714) 731-7119 (Fax)

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 411 W. 4th Street, Courtroom 9D, Santa Ana, CA 92701 | Courtroom No.: | 9D /Judge David O. Carter, |
|---|---|---|---|
| | | Date and Time: | 06/23/2015 10:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:

1. The letter dated 09.13. 2013 you have issued for Diane C. Bass for the case number 8:08-cr-00180-DOC
2. Any and all documents you have regarding said letter for the case number 8:08-cr-00180-DOC

(SEAL)

Date: 06/15/2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C, San Clemente, CA 92672
(949)481-4900, Fax: (949) 496-6753
deansteward@fea.net
Standby Attorney for Irene Pemkova Defendant Pro Se  (310)925.4841

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Irene Pemkova | ) | Case No. 8:08-cr-00180-DOC |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To:   Lesli Johnson, Ph.D.
      Metropolitan Detention Center
      535 N. Alameda Street, Los Angeles, CA 90012

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 411 W. 4th Street, Courtroom 9D, Santa Ana, CA 92701 | Courtroom No.: | 9D /Judge David O. Carter, |
|---|---|---|---|
| | | Date and Time: | 06/23/2015 11:00 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
1. Any and all documents you have regarding both mental evaluations you have conducted for the case number 8:08-cr-00180-DOC

(SEAL)

Date:   06/15/2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C, San Clemente, CA 92672
(949)481-4900, Fax: (949) 496-6753
deansteward@fea.net
Standby Attorney for  Irene Pemkova Defendant Pro Se  (310)925.4841

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Irene Pemkova | ) | Case No. 8:08-cr-00180-DOC |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Lisa Hope, Psy.D.
Metropolitan Detention Center
535 N. Alameda Street, Los Angeles, CA 90012

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 411 W. 4th Street, Courtroom 9D, Santa Ana, CA 92701 | Courtroom No.: | 9D /Judge David O. Carter, |
|---|---|---|---|
| | | Date and Time: | 06/23/2015 10:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
1. Any and all documents you have regarding both mental evaluations you have conducted for the case number 8:08-cr-00180-DOC

(SEAL)

Date: 06/15/2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C, San Clemente, CA 92672
(949)481-4900, Fax: (949) 496-6753
deansteward@fea.net
Standby Attorney for Irene Pemkova Defendant Pro Se  (310)925.4841

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALI

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| Irene Pemkova | ) | Case No. 8:08-cr-00180-DOC |
| | ) | |
| *Defendant* | ) | |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: Ms. Gerber, psychologist
Metropolitan Detention Center
535 N. Alameda Street, Los Angeles, CA 90012

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 411 W. 4th Street, Courtroom 9D, Santa Ana, CA 92701 | Courtroom No.: | 9D /Judge David O. Carter, |
|---|---|---|---|
| | | Date and Time: | 06/23/2015 11:30 am |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable)*:
1. Any and all documents you have regarding the mental evaluation you have conducted for the case number 8:08-cr-00180-DOC

(SEAL)

Date: 06/15/2015

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the attorney representing *(name of party)* _____, who requests this subpoena, are:

H. Dean Steward  SBN 85317
107 Avenida Miramar, Ste. C, San Clemente, CA 92672
(949)481-4900, Fax: (949) 496-6753
deansteward@fea.net
Standby Attorney for Irene Pemkova Defendant Pro Se  (310)925.4841

AO 89 (Rev. 08/09) Subpoena to Testify at a Hearing or Trial in a Criminal Case

# UNITED STATES DISTRICT COURT
for the
### CENTRAL DISTRICT OF CA

| | |
|---|---|
| United States of America<br>v.<br>Irene Pemkova<br>_Defendant_ | Case No. 8:08-cr-00180-DOC |

## SUBPOENA TO TESTIFY AT A HEARING OR TRIAL IN A CRIMINAL CASE

To: L. R. Thomas, Warden
Metropolitan Detention Center
535 N. Alameda Street, Los Angeles, CA 90012

**YOU ARE COMMANDED** to appear in the United States district court at the time, date, and place shown below to testify in this criminal case. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place of Appearance: | 411 W. 4th Street, Courtroom 9D, Santa Ana, CA 92701 | Courtroom No.: | 9D /Judge David O. Carter, |
|---|---|---|---|
| | | Date and Time: | 06/23/2015 12:00 pm |

You must also bring with you the following documents, electronically stored information, or objects _(blank if not applicable)_:

I. Any and all documents available regarding both mental evaluations conducted by MDC-LA for the case number 8:08-cr-00180-DOC
II. Records for January 14, 2014 – February 27, 2014 for Irene Pemkova case 8:08-cr-00180-DOC
per attached list

(SEAL)

Date: 06/15/2015

CLERK OF COURT

_Signature of Clerk or Deputy Clerk_

The name, address, e-mail, and telephone number of the attorney representing _(name of party)_ _____, who requests this subpoena, are:

H. Dean Steward SBN 85317
107 Avenida Miramar, Ste. C, San Clemente, CA 92672
(949)481-4900, Fax: (949) 496-6753
deansteward@fea.net
Standby Attorney for Irene Pemkova Defendant Pro Se (310)925.4841

United States Attorney Office West Fourth Street, Santa Ana, California, 92701

Receipt of the Motion for Subpoena for the witnesses

Case No. 8:08-cr-00180-DOC

Date        **RECEIVED**                              signature
            JUN 1 5 2015
            U.S. ATTORNEY
            SANTA ANA