# LIST OF EXHIBITS AND WITNESSES

| Case Number | SA CR 08-0180-DOC | Title | USA V Irene Pemkova |
|---|---|---|---|
| Judge | David O. Carter, U.S. District Judge | | |
| Dates of Trial or Hearing | May 26, 2015, May 27, 2015 | | |
| Court Reporters or Tape No. | CourtSmart, Debbie Gale, Miriam Baird, Debbie Hino-Spaan, Deborah Parker | | |
| Deputy Clerks | Deborah Goltz, Nancy Boehme | | |

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
JUN 2 4 2015
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Lawrence Kole | Irene Pemkova, Pro Se (Stand-By counsel - H. Dean Steward) |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | WITNESS LIST / EXHIBIT DESCRIPTION/WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | 200 | X | | Lisa Schmadtke CST-5/27/15 | Gov't |
| | | | 201 | X | | Randall Walls CST-5/27/15 | Gov't |
| | | | 202(1-3) | X | X | Thomas Reitz CST-5/27/15 | Gov't |
| | | | 203 | X | X | Keena Willis CST-5/28/15 | Gov't |
| | | | 204 | X | X | Sean O'Malley CST-5/28/15 | Gov't |
| | | | 205 | X | X | Irene Pemkova CST - 6/23/15 | Defendant |
| | | | 206 | X | X | | |
| | | | 207 | X | X | | |
| | | | 208 | X | X | | |
| | | | 209 | X | X | | |
| | | | 210 | X | X | | |
| | | | 211 | X | X | | |
| | | | 212 | X | X | | |
| | | | 213 | X | X | | |
| | | | 214 | X | X | | |
| | | | 215 | X | X | | |
| | | | 216 | X | X | | |
| | | | 217 | X | X | | |
| | | | 218 | X | X | | |
| | | | 219 | X | X | | |
| | | | 220 | X | X | | |

## LIST OF EXHIBITS AND WITNESSES

| Case Number | SA CR 08-0180-DOC | Title | USA v. Irene Pemkova |
|---|---|---|---|
| Judge | David O. Carter, U.S. District Judge | | |
| Dates of Trial or Hearing | May 26, 2015, May 27, 2015 | | |
| Court Reporters or Tape No. | CourtSmart, Debbie Gale, Miriam Baird, Debbie Hino-Spaan, Deborah Parker | | |
| Deputy Clerks | Deborah Goltz, Nancy Boehme | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Lawrence Kole | Irene Pemkova, Pro Se (Stand-By counsel - H. Dean Steward) |

| Plaintiff(s) or Petitioner(s) ||| Defendant(s) or Respondent(s) ||| EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | 221 | X | X | | |
| | | | 222 | X | X | | |
| | | | 223 | X | X | | |
| | | | 224 | X | X | | |
| | | | 225 | X | X | | |
| | | | 226 | X | X | | |
| | | | 227 | X | X | | |
| | | | 228 | X | X | | |
| | | | 229 | X | X | | |
| | | | 230 | X | X | | |
| | | | 231 | X | | | |
| | | | 232 | X | | | |
| | | | 233 | X | | | |
| | | | 234 | X | | | |
| | | | 235 | X | | | |
| | | | 236 | X | | | |
| | | | 237 | X | | | |
| | | | 238 | X | | | |
| | | | 239 | X | | | |
| | | | 240 | X | | | |
| | | | 241 | X | | | |

G-65 (03/07)　　　LIST OF EXHIBITS AND WITNESSES　　　Page 2 of 3

# LIST OF EXHIBITS AND WITNESSES

| Case Number | SA CR 08-0180-DOC | Title | USA v. Irene Pemkova |
|---|---|---|---|
| Judge | David O. Carter, U.S. District Judge | | |
| Dates of Trial or Hearing | May 26, 2015, May 27, 2015 | | |
| Court Reporters or Tape No. | CourtSmart, Debbie Gale, Miriam Baird, Debbie Hino-Spaan, Deborah Parker | | |
| Deputy Clerks | Deborah Goltz, Nancy Boehme | | |

| Attorney(s) for Plaintiff(s) / Petitioner(s) | Attorney(s) for Defendant(s) / Respondent(s) |
|---|---|
| Lawrence Kole | Irene Pemkova, Pro Se (Stand-By counsel - H. Dean Steward) |

| Plaintiff(s) or Petitioner(s) | | | Defendant(s) or Respondent(s) | | | EXHIBIT DESCRIPTION / WITNESS | Called By |
|---|---|---|---|---|---|---|---|
| Ex. No. | Id. | Ev. | Ex. No. | Id. | Ev | | |
| | | | 242 | X | | | |
| | | | 243 | X | | | |
| | | | 244 | X | | | |
| | | | 245 | X | | | |
| | | | 246 | X | | | |
| | | | 247 | X | | | |
| | | | 248 | X | | | |
| | | | 249 | X | | | |
| | | | 250 | X | | | |
| | | | 251 | X | | | |
| | | | 252 | X | | | |

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 1 | CD containing audio file 101647 Recording of 2-24-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 2 | CD containing audio file 092331 Recording of 2-27-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 3 | CD containing audio file 161152 Recording of 2-27-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 4 | CD containing audio file 120045 Recording of 2-28-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 5 | CD containing audio file 134340 Recording of 2-28-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 6 | CD containing audio file 150528 Recording of 3-9-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 7 | CD containing audio file 104302 Recording of 3-10-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 8 | CD containing audio file 120834 Recording of 3-13-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 9 | CD containing audio file 150129 Recording of 3-13-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 10 | CD containing audio file 151929 Recording of 3-13-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 11 | CD containing audio file 152122 Recording of 3-13-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 12 | CD containing audio file 121323 Recording of 3-16-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 13 | CD containing audio file 115904 Recording of 3-17-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 14 | CD containing audio file 082955 Recording of 3-20-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 15 | CD containing audio file 162131 Recording of 3-20-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 16 | CD containing audio file 102939 Recording of 3-21-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 17 | CD containing audio file 120827 Recording of 3-27-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 18 | CD containing audio file 160716 Recording of 3-27-06 telephone call | Reitz | 6/9/15 | 6/9/15 |

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 19 | CD containing audio file 094900 Recording of 4-5-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 20 | CD containing audio file 150840 Recording of 4-5-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 21 | CD containing audio file 130410 Recording of 4-19-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 22 | CD containing audio file 101302 Recording of 5-2-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 23 | CD containing audio file 104027 Recording of 5-2-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 24 | CD containing audio file 123404 Recording of 5-2-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 25 | CD containing audio file 104023 Recording of 8-24-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 26 | CD containing audio file 144011 Recording of 8-29-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 27 | CD containing audio file 151511 Recording of 8-29-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 28 | CD containing audio file 152410 Recording of 9-5-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 29 | CD containing audio file 093137 Recording of 9-13-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 30 | CD containing audio file 103322 Recording of 9-22-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 31 | CD containing audio file 193724 Recording of 11-28-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 32 | CD containing audio file 084246 Recording of 11-29-06 telephone call | Reitz | 6/9/15 | 6/6/15 |
| 33 | CD containing audio file 085332 Recording of 11-29-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 34 | CD containing audio file 094031 Recording of 11-29-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 35 | CD containing audio file 125121 Recording of 11-29-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 36 | CD containing audio file 141157 Recording of 11-29-06 telephone call | Reitz | 5/27/15 | 5/27/15 |

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 37 | CD containing audio file 095303 Recording of 11-30-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 38 | CD containing audio file 103108 Recording of 11-30-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 39 | CD containing audio file 125054 Recording of 11-30-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 40 | CD containing audio file 140143 Recording of 11-30-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 41 | CD containing audio file 152420 Recording of 11-30-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 42 | CD containing audio file 103526 Recording of 12-1-06 telephone call | Reitz | 5/27/15 | 5/27/15 |
| 43 | CD containing audio file 075145 Recording of 12-4-06 telephone call | Reitz | 6/9/15 | 6/9/15 |
| 44 | CD containing audio file 083232 Recording of 12-4-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 45 | CD containing audio file 101020 Recording of 12-4-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 46 | CD containing audio file 074306 Recording of 12-5-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 47 | CD containing audio file 072808 Recording of 12-6-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 48 | CD containing audio file 084514 Recording of 12-6-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 49 | CD containing audio file 110451 Recording of 12-6-06 telephone call | | | |
| 50 | CD containing audio file 122333 Recording of 12-6-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 51 | CD containing audio file 073027 Recording of 12-7-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 52 | CD containing audio file 074854 Recording of 12-8-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 53 | CD containing audio file 163853 Recording of 12-8-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 54 | CD containing audio file 074730 Recording of 12-11-06 telephone call | Reitz | 5/28/15 | 5/28/15 |

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 55 | CD containing audio file 093903 Recording of 12-11-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 56 | CD containing audio file 115305 Recording of 12-11-06 telephone call | Reitz | 6/10/15 | 6/10/15 |
| 57 | CD containing audio file 141644 Recording of 12-11-06 telephone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 58 | CD containing audio file 073543 Recording of 12-12-06 telephone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 59 | CD containing audio file 110232 Recording of 12-12-06 telephone call | Reitz | 6/10/15 | 6/10/15 |
| 60 | CD containing audio file 122025 Recording of 12-12-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 61 | CD containing audio file 083611 Recording of 12-13-06 telephone call | Reitz | 6/10/15 | 6/10/15 |
| 62 | CD containing audio file 135554 Recording of 12-13-06 telephone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 63 | CD containing audio file 153217 Recording of 12-13-06 telephone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 64 | CD containing audio file 073621 Recording of 12-18-06 telephone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 65 | CD containing audio file 082519 Recording of 12-18-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 66 | CD containing audio file 101620 Recording of 12-18-06 telephone call | | | |
| 67 | CD containing audio file 075450 Recording of 12-19-06 telephone call | | | |
| 68 | CD containing audio file 074935 Recording of 12-20-06 telephone call | Reitz | 5/28/15 | 5/28/15 |
| 69 | CD containing audio file 150249 Recording of 12-27-06 telephone call | | | |
| 70 | CD containing audio file 105318 Recording of 1-2-07 telephone call | | | |
| 71 | CD containing audio file 112409 Recording of 1-2-07 telephone call | | | |
| 72 | CD containing audio file 114758 Recording of 1-4-07 telephone call | Reitz | 5/28/15 | 5/28/15 |

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 73 | CD containing audio file 170323 Recording of 1-4-07 telephone call | Reitz | 5/29/15 | 5/29/15 |
| 74 | CD containing audio recording of Priore Meeting on 1-6-07 | Joint Stipulation | 06/23/15 | 6/23/15 |
| 75 | CD containing audio file 114041 Recording of 1-11-07 telephone call | Reitz | 5/29/15 | 5/29/15 |
| 76 | CD containing audio file 114453 Recording of 1-15-07 telephone call | Reitz | 6/10/15 | 6/10/15 |
| 77 | CD containing audio file 135328 Recording of 1-15-07 telephone call | Reitz | 6/10/15 | 6/10/15 |
| 78 | CD containing audio file 093403 Recording of 1-17-07 telephone call | Reitz | 6/10/15 | 6/10/15 |
| 79 | CD containing audio file 101143 Recording of 1-17-07 telephone call | Reitz | 6/10/15 | 6/10/15 |
| 80 | CD containing audio file 154245 Recording of 1-17-07 telephone call | Reitz | 5/29/15 | 5/29/15 |
| 81 | CD containing audio file 084344 Recording of 1-18-07 telephone call | Reitz | 5/29/15 | 5/29/15 |
| 82 | CD containing audio file 100506 Recording of 1-19-07 telephone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 83 | CD containing audio file 145336 Recording of 1-22-07 telephone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 84 | CD containing audio file 161349 Recording of 1-23-07 telephone call | | | |
| 85 | CD containing audio file 105321 Recording of 1-29-07 telephone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 86 | CD containing audio file 102137 Recording of 1-30-07 telephone call | Reitz | 5/29/15 | 5/29/15 |
| 87 | CD containing audio file 081031 Recording of 1-31-07 telephone call | | | |
| 88 | CD containing audio file 140817 Recording of 2-2-07 telephone call | Reitz | 5/29/15 | 5/29/15 |
| 89 | CD containing audio file 101058 Recording of 2-20-07 telephone call | | | |
| 90 | CD containing audio file 085310 Recording of 3-7-07 telephone call | Reitz | 6/10/15 | 6/10/15 |

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 91 | Log of recordings | Reitz | 5/27/15 | 5/27/15 |
| 92 | Copy of Irene Pimkova business card | Joint Stipulation | 06/23/15 | 6/23/15 |
| 93 | 11-29-06 Moore email with bank statement and passport | Reitz | 5/27/15 | 5/27/15 |
| 94 | 11-29-06 Pimkova email with CIS | Reitz | 5/27/15 | 5/27/15 |
| 95 | 11-29-06 Moore email with completed CIS | Reitz | 5/27/15 | 5/27/15 |
| 96 | 11-29-06 Pimkova email with submission documents | Reitz | 5/27/15 | 5/27/15 |
| 97 | 11-29-06 Pimkova email with submission documents with full header | Reitz | 5/27/15 | 5/27/15 |
| 98 | 11-29-06 Moore email with signed submission documents | Reitz | 5/27/15 | 5/27/15 |
| 99 | 11-29-06 Pimkova email re submission | Reitz | 5/27/15 | 5/27/15 |
| 100 | 11-29-06 Pimkova email re submission with full header | Reitz | 5/27/15 | 5/27/15 |
| 101 | 11-30-06 Moore fax with CIS | Reitz | 5/27/15 | 5/27/15 |
| 102 | 11-30-06 Priore email with fee agreements | Reitz | 5/27/15 | 5/27/15 |
| 103 | 11-30-06 Priore email with fee agreements with full header | Reitz | 5/27/15 | 5/27/15 |
| 104 | 11-30-06 Moore email re fee agreements | Reitz | 5/27/15 | 5/27/15 |
| 105 | 11-30-06 Moore email re signature | Reitz | 5/27/15 | 5/27/15 |
| 106 | 11-30-06 Priore email re fee agreements | Reitz | 5/27/15 | 5/27/15 |
| 107 | 11-30-06 Priore email re signature | Reitz | 5/27/15 | 5/27/15 |
| 108 | 12-1-06 Moore email re fax | Joint Stipulation | 06/23/15 | 6/23/15 |
| 109 | 12-1-06 Moore fax with signed fee agreements | Reitz | 5/27/15 | 5/27/15 |
| 110 | 12-1-06 Priore email re contract | Reitz | 5/27/15 | 5/27/15 |

6

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 111 | 12-1-06 Priore email re TSI information | Reitz | 5/28/15 | 5/28/15 |
| 112 | 12-4-06 Kroeis email | Reitz | 5/28/15 | 5/28/15 |
| 113 | TSI contract documents -- 12-4-06 | Reitz | 5/28/15 | 5/28/15 |
| 114 | 12-4-06 Moore email with contract | Reitz | 5/28/15 | 5/28/15 |
| 115 | 12-4-06 Priore email re contract | Reitz | 5/28/15 | 5/28/15 |
| 116 | 12-4-06 Moore email re phone calls | Reitz | 5/28/15 | 5/28/15 |
| 117 | 12-4-06 Priore email with CV | Reitz | 5/28/15 | 5/28/15 |
| 118 | 12-5-06 Moore email re phone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 119 | 12-5-06 Priore email re TSI | Reitz | 5/28/15 | 5/28/15 |
| 120 | 12-6-06 Moore email re phone call | Reitz | 5/28/15 | 5/28/15 |
| 121 | 12-6-06 Priore email re phone call | Joint Stipulation | 06/23/15 | 6/23/15 |
| 122 | 12-11-06 Pimkova email with deposit agreement | Reitz | 5/28/15 | 5/28/15 |
| 123 | 12-18-06 Priore email with overview | Reitz | 5/28/15 | 5/28/15 |
| 124 | 1-11-07 Kroeis email | Joint Stipulation | 06/23/15 | 6/23/15 |
| 125 | 1-19-07 Onciu email with T & C program documents | Reitz | 5/29/15 | 5/29/15 |
| 126 | 1-29-07 Onciu email | | | |
| 127 | 2-20-07 Onciu email re ping program | | | |
| 128 | CD labeled DELA 131 containing 12/10/08 Case Agent Copy of Compliance Review Results | Walls | 5/27/15 | 5/27/15 |
| 129 | CD labeled DELA 132 containing 5/22/09 Case Agent Copy of Extracted Exam Results of Files | Walls | 5/27/15 | 5/27/15 |
| 130 | Priore mortgage application 2-26-07 | Reitz | 6/10/15 | 6/23/15 |

7

<u>UNITED STATES OF AMERICA v. IRENE PIMKOVA</u>

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 131 | Priore mortgage application 3-13-07 | Reitz | 6/10/15 | 6/23/15 |
| 132 | Priore bank statement 11-28-06 - 12-26-06 | Reitz | 6/10/15 | 6/23/15 |
| 133 | Priore bank statement 12-27-06 - 1-26-07 | Reitz | 6/10/15 | 6/23/15 |
| 134 | Priore bank statement 1-27-07 - 2-23-07 | Reitz | 6/10/15 | 6/23/15 |
| 135 | Priore bank statement 2-24-07 - 3-27-07 | Reitz | 6/10/15 | 6/23/15 |
| 136 | Onciu bank statement 11-23-06 - 12-21-06 | Reitz | 6/10/15 | 6/23/15 |
| 137 | Onciu bank statement 12-22-06- 1-24-07 | Reitz | 6/10/15 | 6/23/15 |
| 138 | Bank of America custodian of records declaration dated 3-30-07 | | | |
| 139 | Bank of America custodian of records declaration dated 4-2-07 | | | |
| 140 | Priore testimony on 5/1/06 | Reitz | 6/10/15 | |
| 141 | Priore testimony on 5-2-06 | Reitz | 6/10/15 | |
| 142 | CenturyLink custodian of records declaration | Reitz | 6/10/15 | |
| 143 | CenturyLink documents re IP address 71.53.164.194 | Reitz | 6/10/15 | 6/23/15 |
| 144 | GoDaddy custodian of records declaration | Reitz | 6/10/15 | |
| 145 | GoDaddy server information | Willis | 5/28/15 | 5/28/15 |
| 146 | CART report of examination dated 5-22-09 | Reitz | 6/10/15 | 6/23/15 |
| 147 | CART examination notes from May 2009 | Wall | 5/27/15 | 6/23/15 |
| 148 | CART request dated 5/14/09 | Joint Stipulation | 06/23/15 | 6/23/15 |

8

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 150 | FBI FD-302 re Alison of Embarq | Pimkova | 6/23/15 | 6/23/15 |
| 151 | FBI FD-302 re FBI FD-302 re Keena Willis of GoDaddy | Reitz | 6/10/15 | 6/10/15 |
| 152 | FBI FD-302 re Pimkova dated 3-10-08 | Reitz | 6/10/15 | |
| 153 | FBI FD-302 re Pimkova dated 3-11-08 | Reitz | 6/10/15 | |
| 154 | FBI FD-302 re Pimkova possessions | Reitz | 6/10/15 | |
| 155 | FBI FD-302 re Pimkova arrest | Reitz | 6/10/15 | 6/10/15 |
| 156 | FBI FD-302 re Pimkova interview dated 7-30-08 | | | |
| 157 | FBI FD-302 re Pimkova search warrant and attachments | Joint Stipulation | 06/23/15 | 6/23/15 |
| 158 | FBI FD-302 re Onciu dated 2-19-08 | | | |
| 159 | FBI FD-302 re Onciu dated 7-2-08 | | | |
| 160 | FBI FD-302 re Priore dated 7-1-08 | | | |
| 161 | FBI FD-302 re Priore dated 7-23-08 | | | |
| 162 | 10-7-08 Walls e-mail re: FTK processing of hard drive | Wall | 5/27/15 | 6/23/15 |
| 163 | FBI FD-302 re Priore dated 9-8-03 | | | |
| 164 | FBI FD-302 re Priore dated 1-21-04 | | | |
| 165 | FBI FD-302 re Priore dated 10-3-06 | | | |
| 166 | Fax from Priore dated 10-2-06 re: Pay off figure of loan | | | |
| 167 | CenturyLink DNS zone file printout | Joint Stipulation | 06/23/15 | 6/23/15 |

9

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 168 | CenturyLink DNS zone file screen shot | Bowman | 5/29/15 | 5/29/15 |
| 169 | 5-19-06 Onciu email re DTC verbiage<br><br>05.19.06 S DTC verbiage .doc | Reitz | 5/29/15 | 5/29/15 |
| 170 | 7-25-06 van Gorkum transaction documents<br><br>ApplPackvGorkumv1[1][1][1]..pdf | Reitz | 5/29/15 | 5/29/15 |
| 171 | 8-30-06 Pimkova email re 5B BoA set 1<br><br>08.30. 06 5B BOA Katranji S .doc | Reitz | 5/29/15 | 5/29/15 |
| 172 | 8-24-06 Elder email re Signed Donnie Nooe Laser Tek Part One<br><br>08.26. 06 Laser technology S .doc | Reitz | 5/29/15 | 5/29/15 |
| 173 | Attachments to 8-24-06 Elder email<br><br>Signed_Donnie_Nooe_LaserTech_submission_One_A_docs_Aug_23.pdf<br>Signed_Donnie_Nooe_LaserTech_submission TWO docs Aug 23.pdf | Reitz | 5/29/15 | 5/29/15 |
| 174 | 9-1-06 Onciu email re Urgent call me please<br><br>09.01. 06 S Mogen .doc | Reitz | 5/29/15 | 5/29/15 |
| 175 | 10-9-06 Pimkova email re last try<br><br>10.09.06 Last try S+ R + MR .doc | Reitz | 5/29/15 | 5/29/15 |
| 176 | 10-9-06 Onciu email re Mr. Nooe 1M J.P. Chase<br><br>10.06.06 S 1Me + MR .doc | Reitz | 5/29/15 | 5/29/15 |

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 177 | 11-27-06 Pimkova email re Thank you Re:<br><br>11.27.06 S corrected + MR .doc<br>November 27, 2006 | Reitz | 5/29/15 | 5/29/15 |
| 178 | 11-24-06 Damji email re Documents<br><br>11.24.06 S Signed.pdf | Reitz | 5/29/15 | 5/29/15 |
| 179 | Attachment to 11-24-06 Damji email<br><br>Documents.pdf | Reitz | 5/29/15 | 5/29/15 |
| 180 | 8-30-06 Garrick email re Program<br><br>08.30. 06 S Computer .doc | Reitz | 6/8/15 | 6/8/15 |
| 181 | 8-28-06 Elder email re Signed Earl Garrick Set One & Two docs<br>Aug 24.pdf<br><br>08.28. 06 Signed basic Gerrick .doc<br>_1_Signed_Earl_Garrick_Set_One_docs_Aug_24.pdf<br>_2_Signed_Earl_Garrick_Set_Two_docs_Aug_24.pdf | Reitz | 6/8/15 | 6/8/15 |
| 182 | 11-22-06 Pimkova email re Mr. Garrick<br><br>11.22.06 Garrick updated docs S.htm | Reitz | 6/8/15 | 6/8/15 |
| 183 | 8-29-06 Pimkova email re Program<br><br>08.27. 06 Additional S .doc<br>Confidentiality Doc.doc<br>Initial Letter of Interest and Exclusive Request of Service.doc<br>Project Funding Award.doc | Reitz | 6/8/15 | 6/8/15 |

11

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 184 | 11-22-06 Pimkova email re Urgent Re: Fwd: Program<br><br>11.22.06 Docs S.pdf<br>CIS_1_.doc<br>LOI_On_company_s_letterhead_1_.doc<br>Non_Circumvent_Non_Disclosure_Agreement_1_.doc | Reitz | 6/8/15 | 6/8/15 |
| 185 | Garrick Project Funding Agreement dated 11-22-06<br><br>Private Project Funding Award.doc | Reitz | 6/8/15 | 6/8/15 |
| 186 | 9-6-06 Elder email re Erwin Wenzel & Intermediary clause<br><br>09.08.06 S Intermediaries .doc | Reitz | 6/8/15 | 6/8/15 |
| 187 | 11-24-06 Elder email re Erwin Wenzel<br><br>11.24.06 S Silke + MR .doc | Reitz | 6/8/15 | 6/8/15 |
| 188 | 11-27-06 Elder email re Erwin Wenzel<br><br>11.26.06 S Erwin Wenzel.doc | Reitz | 6/8/15 | 6/8/15 |
| 189 | 11-30-06 Wenzel email re per our conversation<br><br>11.30.06 S Pesic fees MR.doc | Reitz | 6/8/15 | 6/8/15 |
| 190 | Attachment to 11-30-06 Wenzel email<br><br>FEEAGREEMEN 1 .doc | Reitz | 6/8/15 | 6/8/15 |
| 191 | Attachment to 11-30-06 Wenzel email<br><br>FPA Note2006 BP15B 1 .doc | Reitz | 6/8/15 | 6/8/15 |
| 192 | Wenzel transaction documents dated 11-27-06<br><br>1128082958 001.pdf | Reitz | 6/8/15 | 6/8/15 |
| 193 | 3-6-07 Pimkova email re your 1M in CS<br><br>03.06.07 Placement S .doc | Reitz | 6/8/15 | 6/8/15 |

UNITED STATES OF AMERICA v. IRENE PIMKOVA

CASE NO. SA CR 08-180-DOC

GOVERNMENT'S EXHIBIT LIST

| EXHIBIT | DESCRIPTION | WITNESS | IDENT. | IN EVID. |
|---|---|---|---|---|
| 194 | Attachment to 3-6-07 Pimkova email Potentialprofit.xls | Reitz | 6/8/15 | 6/8/15 |
| 195 | Dates of Pimkova Contacts | Reitz | 5/29/15 | |
| 196 | Info-Century Links Records | Bowman | 5/29/15 | 5/29/15 |
| 197 | Email from Reitz to Pemkova | Reitz | 6/10/15 | 6/10/15 |