**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SOUTHERN DIVISION AT SANTA ANA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

UNITED STATES OF AMERICA,        )
                                 )
          PLAINTIFF,             )
                                 )
      vs.                        ) SACR NO. 08-0180-DOC
                                 ) Day 3, Volume IV
IRENE PEMKOVA,                   )
                                 )
          DEFENDANT.             )
_____ )

REPORTER'S TRANSCRIPT OF PROCEEDINGS

JURY TRIAL

SANTA ANA, CALIFORNIA

THURSDAY, MAY 28, 2015

3:18 P.M.

**DEBORAH D. PARKER, CSR 10342**
**OFFICIAL COURT REPORTER**
**UNITED STATES DISTRICT COURT**
**411 WEST FOURTH STREET**
**SUITE 1-053**
**SANTA ANA, CALIFORNIA 92701**
**(657) 229-4305**
**transcripts@ddparker.com**

*DEBORAH D. PARKER, U.S. COURT REPORTER*

APPEARANCES OF COUNSEL:

    FOR THE PLAINTIFF, UNITED STATES OF AMERICA:

                  ANDRE BIROTTE, JR.
                  UNITED STATES ATTORNEY

                  DENNISE D. WILLETT
                  ASSISTANT UNITED STATES ATTORNEY
                  CHIEF, CRIMINAL DIVISION

                  LAWRENCE E. KOLE
                  ASSISTANT UNITED STATES ATTORNEY
                  UNITED STATES DISTRICT COURT
                  8000 RONALD REAGAN FEDERAL BUILDING
                  SANTA ANA, CALIFORNIA 92701
                  (714) 338-3500


    FOR THE DEFENDANT, IRENE PEMKOVA:

                  Irene Pemkova, aka Pimkova, *(pro se)*


    STANDBY COUNSEL FOR THE DEFENDANT, IRENE PEMKOVA:

                  H. DEAN STEWARD *(CJA appointed)*
                  LAW OFFICES OF H. DEAN STEWARD
                  107 AVENIDA MIRAMAR
                  SUITE C
                  SAN CLEMENTE, CALIFORNIA 92672
                  (949) 481-4900


    ALSO PRESENT:

        Thomas Reitz, FBI
        Keena Willis

I N D E X


PLAINTIFF'S WITNESSES:   DIRECT   CROSS   REDIRECT   RECROSS

SEAN O'MALLEY                              4

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:16:52  1     SANTA ANA, CALIFORNIA; THURSDAY, MAY 28, 2015; 3:18 P.M.

          2                              -oOo-

          3          *(The following proceedings were had in open court*

          4          *in the presence of the jury:)*

03:16:52  5       SEAN O'MALLEY, PLAINTIFF'S WITNESS, PREVIOUSLY SWORN

          6                        CROSS-EXAMINATION

          7   BY MS. PEMKOVA:   (Continuing)

          8   Q     Thank you.

          9          Would you, please, repeat the same -- but shorter,

03:18:02 10   more compact that the jury is clear -- the same thing.

         11   A     I will.  I will.

         12          Simply, if we're going to look at it as a matrix,

         13   at the top is the Board of Governors; and then, these 12

         14   Federal Reserve Banks underneath them.  And then, below that

03:18:23 15   there might be branches within each Federal Reserve Bank.

         16   So they might have local locations.  And they work together

         17   to try and help the U.S. financial system, and that

         18   coordination altogether is known as the Federal Reserve

         19   System.  So we all execute a policy together and that's

03:18:45 20   known as the Federal Reserve System.

         21   Q     Thank you.

         22          May I rephrase it?

         23   A     Yes.

         24   Q     Federal Reserve System?

03:18:53 25   A     Yeah.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

4

03:18:53  1  Q    Board of Governors.  Bank of New York.  Bank of Atlanta

       2  and 10 others?

       3  A    Uh-huh.

       4  Q    Board of Governors deal with Atlanta or New York and

03:19:07  5  others, not necessarily know what has been done, correct?

       6  A    That's correct.  Not every reserve bank needs to know

       7  what the Board is up to.

       8  Q    Meaning, if Board of Governor make a decision, or

       9  interest, any kind of activities and it doesn't apply to

03:19:28 10  Bank of New York -- I mean, Federal Reserve Bank of

      11  New York, it means that Federal Reserve Bank of New York

      12  does not know, correct?

      13  A    It's possible that would be, but that is, generally,

      14  smaller decisions.  Significant decisions or anything that

03:19:47 15  would affect the system as a whole would be something that

      16  would be discussed within the entire reserve bank, yeah.

      17  Q    It affects system in the whole.  There is still portion

      18  of the information, based on what you have said before, that

      19  it doesn't go, necessarily.  There is no link providing

03:20:12 20  information down to Bank of New York, correct?

      21  A    That is correct.  The Board of Governors could have a

      22  discussion with another reserve bank or would not know about

      23  it.

      24  Q    Okay.  Thank you.  If it comes to investigation --

03:20:26 25  A    Uh-huh.

03:20:26  1    Q     —— it is always —— any kind of investigation under

2    Federal Reserve System, is it always conducted by Bank of

3    New York?

4    A     We were —— Because we are the larger Federal Reserve

03:20:44  5    Bank, we are the only ones with investigators as a reserve

6    bank.  The other investigators were at the Board of

7    Governors, so the other 11 reserve banks don't have

8    investigators, so ——

9          So when it's a significant issue that impacts the

03:21:04  10   reserve bank, if it's not the New York Reserve Bank, it

11   would be the Board of Governors' investigators, but we

12   coordinate quite a bit.  We talk so we know the big issues

13   that are out there.

14         MS. PEMKOVA:  I'm very sorry, Your Honor.

03:21:17  15         I would like to know how much time I have,

16   because ——

17         THE COURT:  No, I want you to make certain you ask

18   the questions that you propose to ask.

19         MS. PEMKOVA:  I am very grateful for having chance

03:21:36  20   to ask the questions.

21         Thank you.

22   BY MS. PEMKOVA:

23   Q    Does the Board of Governors have any kind of additional

24   investigation, potentially?

03:21:48  25   A    Yes.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:21:49  1    Q    Okay.  Meaning, Bank of New York, it usually ran core
        2    investigations; but at the same time, Board of Governor has
        3    a possibility of additional investigation without enrollment
        4    of Bank of New York, correct?
03:22:07  5    A    If it was with a different reserve bank, yes, that's
        6    correct.
        7    Q    You have said -- mentioned credence --
        8         MR. KOLE:  Clearance.
        9         MS. PEMKOVA:  Yes, clearance.
03:22:19 10    BY MS. PEMKOVA:
       11    Q    Would you please explain a little bit more.  When
       12    payment is made anywhere in the world in U.S. dollars, is
       13    that enrollment of Federal Reserve?
       14    A    Not always.  So the international dollar clearing can
03:22:38 15    go through multiple paths.  And we can talk about checks, or
       16    we can talk about wire transfers.  I'll leave it to wire
       17    transfers right now.
       18         So, typically, wire transfers are processed one of
       19    three ways.  It would be the Federal Reserve.  And, again,
03:22:55 20    the Federal Reserve Bank in New York is the responsible
       21    reserve bank.  It would be the competitor to the Federal
       22    Reserve System known as "CHIPS," which is the "Clearinghouse
       23    Interbank Payment System," and that's -- if you think about
       24    it, it's kind of like Mastercard and Visa.  You know,
03:23:12 25    they're competitors to each other.  The Fed and Chips are

03:23:15   1    competitors.  And the customers of both of them are the

2    financial institutions.

3         Then you have other scenarios in which very large

4    U.S. financial institutions may offer U.S. dollar clearing

03:23:30   5    services to other banks.  So let's say there's a Bank of

6    America, or Wells Fargo Bank, or a Chase Manhattan Bank.

7    All of those banks offer banking services to other smaller

8    banks, or foreign banks.  And that process of banking with

9    other banks is known as correspondent banking.

03:23:48  10         So if money is being cleared through the

11    correspondent banking services, if Wells Fargo Bank offers

12    services to a bank in Yemen, let's say, and then they offer

13    services to a bank in the UE -- in the United Arab

14    Emirates -- if a wire transfer request comes in from Yemen

03:24:07  15    to move money to the United Arab Emirates, Wells Fargo Bank

16    doesn't need to use the Federal Reserve or CHIPS.  They

17    could just do what's known as a book transfer.  They can

18    just take money out of one account and put it in the other

19    account.

03:24:21  20         So even though the people in Yemen think that that

21    is their account and the money was executed from Yemen and

22    the people in the United Arab Emirates know that they

23    received a credit, the execution of that, or the plumbing,

24    if you will, that I was referencing before, that is done in

03:24:38  25    the United States.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

| | | |
|---|---|---|
| 03:24:40 | 1 | Q    Meaning Federal Reserve is involved, correct? |
| | 2 | A    So if -- the bank that provided the correspondent |
| | 3 | banking services, they have an option.  It's their choice |
| | 4 | whether they want to use Federal Reserve, or CHIPS, or they |
| 03:24:54 | 5 | want to do it internally. |
| | 6 | Q    So far this term has not been used, but it's very -- |
| | 7 | THE COURT REPORTER:  Excuse me, Your Honor.  I'm |
| | 8 | having difficulty. |
| | 9 | THE COURT:  Okay.  One more time. |
| 03:25:12 | 10 | BY MS. PEMKOVA: |
| | 11 | Q    This term, this word "CHIP," which Mr. O'Malley just |
| | 12 | used has not been used so far in this case, but it is a word |
| | 13 | which is very often linked to higher investment program. |
| | 14 | Am I right that CHIPs do exist?  Or Federal |
| 03:25:32 | 15 | Reserve Bank CHIPS exist? |
| | 16 | A    They are separate.  They're separate systems, but they |
| | 17 | can -- they can both execute global financial transactions. |
| | 18 | Q    They exist and under certain terms and conditions, they |
| | 19 | function for particular financial operations, correct? |
| 03:25:54 | 20 | MR. KOLE:  Objection.  Vague and ambiguous. |
| | 21 | THE COURT:  Do you understand the question, sir? |
| | 22 | THE WITNESS:  If you -- let me answer, and then |
| | 23 | you tell me if it's okay. |
| | 24 | A bank -- if a bank is going to execute a |
| 03:26:06 | 25 | transaction, a wire transfer, it could be domestic or |

| | | |
|---|---|---|
| 03:26:09 | 1 | international.  Once they -- the U.S. bank has a choice |
| | 2 | platform they want to use.  We don't direct them.  Even if |
| | 3 | we supervise them, we don't say, *You have to use Fed wire.* |
| | 4 | They can use the CHIP system, or they can do their own |
| 03:26:24 | 5 | internal book transfer.  It's their own choice. |
| | 6 | Q    Thank you. |
| | 7 | You mentioned earlier "primary dealers."  They are |
| | 8 | international foreign banks, correct? |
| | 9 | A    They -- well, they're all operating from the |
| 03:26:41 | 10 | United States.  In some cases, the parents are foreign |
| | 11 | institutions; in some cases, the parent is a U.S. |
| | 12 | institution. |
| | 13 | Q    You have mentioned earlier the junk bonds with high |
| | 14 | interest rate. |
| 03:27:02 | 15 | A    The Federal Reserve does not get involved in any way |
| | 16 | with junk bonds. |
| | 17 | Q    But they're involved with U.S. Treasuries -- |
| | 18 | A    This is correct. |
| | 19 | Q    -- correct? |
| 03:27:12 | 20 | And U.S. Treasuries are obligation of the |
| | 21 | United States Government, correct? |
| | 22 | A    That's correct. |
| | 23 | Q    In your practice, have you ever seen that U.S. Treasury |
| | 24 | would be insured by insurance policy or any kind of formal |
| 03:27:33 | 25 | insurance? |

03:27:33   1   A     For U.S. Treasuries, no, I don't think there's any need

2   to.

3   Q     Exactly.  No need.

4   A     Uh-huh.

03:27:40   5   Q     Have you ever seen that junk bonds would be insured?

6   A     In some cases there is insurance on junk bonds, yes.

7   Q     Yes.  Does it mean that even if junk bond, which is

8   usually issued by start-up company or anything that doesn't

9   have physical financial basis for high yield but at the same

03:28:08  10   time has a strong vehicle -- strong engine technology

11   invention program, like, for example, programmer, general

12   programmer, like Mr. Zuckenberg (sic), anything inside --

13         MR. KOLE:  General program, like Mr. Zuckerberg.

14         MS. PEMKOVA:  Programmer.  Programmer.  Author of

03:28:35  15   program, Mr. Zuckenberg.  Mark Zuckenberg.

16         MR. KOLE:  Zuckerberg.

17         MS. PEMKOVA:  Okay.  Thank you.

18   BY MS. PEMKOVA:

19   Q     Meaning, there is a vehicle inside which can generate

03:28:48  20   in our money by technology invention or any other way to

21   cover interest would, according to your knowledge, take the

22   the risk to insure junk bond?

23   A     My understanding of the market on insuring bonds is

24   that there will be insurance companies that will provide

03:29:19  25   protection.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:29:21  1   Q     Uh-huh.

        2   A     And there is -- there's a cost to that.  So the riskier

        3   a company is, the cost of the insurance will be very, very

        4   high; in some cases, it will be prohibitively high.  So, if

03:29:37  5   it's too risky, nobody will want to buy the insurance,

        6   because it's just not cost effective.  If it's less risky,

        7   let's say, Ford, when they went through problems in the

        8   financial crisis, their bonds might have went to a junk bond

        9   status, because the bond rating companies lowered their

03:30:02  10  rating to a status that was considered junk bond status.

        11  But because it was an established company, that would be

        12  much more likely a scenario where you would have insurance,

        13  because the -- there would be insurance companies that would

        14  be willing to insure those types of bonds at a reasonable

03:30:20  15  rate.  So it all comes down to risk and reward, again.

        16  Q     Have you ever seen the insurance companies would join

        17  the forces for insurance, however you want to call it,

        18  establish it, the vehicle inside is big enough?

        19  A     The insurance market is complex in the concept of

03:30:45  20  re-insurance, re-insuring, so one insurance company

        21  providing insurance to another insurance company is a common

        22  scenario in the marketplace.

        23  Q     Plus issuance of the junk bond which has several

        24  parts -- real estate, other projects, other technologies

03:31:10  25  could be insured by different insurance companies when each

03:31:14  1    one is issuing insurance for a particular part, correct?

2    A    Yeah.  What you're describing is similar to the AIG,

3    the financial product group, and that's what, basically,

4    caused AIG to go bankrupt, because they didn't charge enough

03:31:31  5    for their insurance.

6    Q    Uh-huh.

7    A    And they insured too many products.  Too many risky

8    products.

9    Q    I wasn't listening what you said about your background,

03:31:45  10   but in -- do you have any experience with insurance policies

11   or insurance of junk bonds in Europe?

12   A    I would not consider myself an expert in that area, no.

13   Q    Okay.  Do you have, please, according to your past and

14   present job, any experience with real estate in Europe?

03:32:17  15   A    Again, some of the investigations we do might have a

16   side issue that might carry -- you know, relate to insurance

17   or real estate in the marketplace overseas.  But that is not

18   something that is a primary thing that we get involved in,

19   no.

03:32:37  20   Q    How long time ago you had last case related to real

21   estate in Europe, or major technology, or major invention

22   and issuance of the junk bond based on this vehicle?

23         MR. KOLE:  Objection.  Compound.  Complex.  Vague.

24         THE COURT:  Just re-ask the question.

25   ////

*DEBORAH D. PARKER, U.S. COURT REPORTER*

BY MS. PEMKOVA:

Q     Okay.  Real estate.  You just have said some of your investigations have been some way, somehow related to the real estate.  Would you please specify where and when in which part of Europe and when?

A     I don't know if I can give you the specificity that you want.

Q     Approximately, year and place?

A     Generally, during the financial crisis which was post -- at least post-March of 2008, quite often beyond that, many of the banks that we regulated had significant portions of real estate as part of their investment, and those real estate investments in many cases dropped significantly.  And, sometimes, we get -- if there was not only -- you know, if there was concern that there might be more than just a bad investment decision that it was an unsafe, unsound practice, maybe there was fraud, maybe there's kickbacks and trying to buy things, sometimes we get involved in that.  But that is not -- it's not a staple to the investigations we do.  We haven't done an investigation on that particular issue.

        The only thing that we also get called on -- there are a lot of frauds, we're talking about these high-yield investment frauds that circulate in Europe.  Many cases we've gotten calls from bankers in Europe asking us about

03:34:47 1    particular investments that have been brought to them for

2    financing, and they want to know whether, in fact, it

3    appears to be legitimate or not.  And in the cases that I've

4    gotten those calls on, those were all illegitimate scam

03:35:02 5    scenarios in which they were high-yield investments that

6    claimed to have some connection to the Federal Reserve, and

7    they never did.

8    Q    Thank you.

9         For the safety or privacy, I will not name at this

03:35:18 10   moment the bank, but based on your position, you should

11   know.

12        Do you remember or would you be able to give any

13   kind of testimony about particular -- one of the largest

14   Austrian banks which have been in the position which you

03:35:33 15   just have described in --

16            THE COURT REPORTER:  Excuse me.

17            THE COURT:  The court reporter had a hard time

18   understanding.

19            MS. PEMKOVA:  I'm sorry.  Thank you.

03:35:48 20   BY MS. PEMKOVA:

21   Q    At this moment, I cannot name, but I am asking:  In

22   your position of investigation, do you remember one of the

23   largest Austrian bank which has had a very hard time and has

24   been divided to different parts due to the fact of having

03:36:13 25   too much real estate, as you mentioned, and big different

03:36:18  1    enterprise to the extent that financial bureaucracy has to

2    step in.

3              Do you know what I'm talking about?

4    A    It's nothing that I worked on.

03:36:28  5    Q    According to your knowledge and to your position, would

6    you be expecting that if most of this -- the assets of this

7    bank have been in U.S. dollars, Federal Reserve would be

8    anyhow involved?

9    A    The Federal Reserve would not have -- offer an account

03:36:47 10    to an Austrian bank.  The only account that an Austrian bank

11    that they would provide an account to would be the Central

12    Bank in Austria.

13    Q    According to your knowledge -- actually, do you have

14    any knowledge, based on your position about what was --

03:37:17 15    about real estate in Central and Eastern Europe before the

16    crisis?

17    A    It was never a focus of any of my investigations.

18    Q    Never focused in your investigation, correct?

19    A    Correct.

03:37:34 20    Q    Do you have any knowledge about real estate and

21    fluctuation of the prices of real estate in the same part of

22    Europe -- Central, Eastern Europe -- after the crisis?

23    A    So, like most people in the financial world, I read the

24    World Future or the *New York Times*, so, you know, I know of

03:37:58 25    things not necessarily from my Federal Reserve background

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:38:03   1   but just as somebody who is interested in the marketplace.

2   And, you know, real estate investments hit globally.  It

3   caused a lot of crisis in the financial industry, when the

4   investments -- the value of their mortgages were -- ended up

03:38:24   5   being much higher than the value of the underlying real

6   estate, and that caused a lot of banks to lose a lot of

7   money in the United States and globally.

8   Q    And according to your knowledge, can you apply

9   ultimately American mortgage system to a Europe mortgage

03:38:43  10   system?

11   A    That's not my expertise.

12   Q    Correct.  But you mentioned mortgage before.  According

13   to your knowledge and to your expertise, can you ultimately

14   apply American knowledge of the bonds market to a European

03:39:01  15   bonds market automatically one to one?

16   A    Well, the concept that I talked about that the bond

17   market being on risk versus reward and being low value

18   trading, yes.  That is consistent.  I understand that

19   happened, and we regulate banks.  You know, some -- many of

03:39:20  20   our banks have overseas offices as well.

21        So the concepts that I talk about are consistent

22   globally.  They not inconsistent.  In any location, the risk

23   versus reward and that equities or stocks are more volatile.

24   At least, you can make a lot of profit, or you can lose a

03:39:41  25   lot more.  Bonds, generally, are safer.  So bonds,

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:39:45  1   generally, don't move that much up or down, unless there's

2   an external force.  The external force could be that that

3   company itself could be going out of business, or some --

4   something that causes that firm -- whether they're in Japan

03:40:01  5   or whether they're in the United States, if there is a bond

6   and they're going to go bankrupt, that's going to change the

7   value of the bond and the value is going to go down.  The

8   price of the bond is going to go down, so the yield, if you

9   want to buy it, might go up, but you might not get any money

03:40:16 10   at all, because they might go bankrupt, or you might have to

11   wait for the estate to be distributed.

12        So those concepts are the same.  But I don't want

13   to say that I am an expert in any particular country, no.

14   Q    Correct.  The system is generally the same, but at the

03:40:33 15   same time you say before that Federal Reserve, before the

16   crisis, was not enrolled with junk bonds, right?

17   A    Pre-crisis, the Federal Reserve in their portfolio, the

18   only thing they would buy and sell was U.S. Treasury

19   securities, which is the safest and most rigid investment.

03:40:56 20   Q    Can you lose on buying U.S. Treasury?

21   A    Sure.  The Federal Reserve raises the interest rates,

22   and you're holding security at -- that's paying 1 percent

23   and the interest rate goes up to one and a quarter percent,

24   then instead -- if you -- you wouldn't lose it if you held

03:41:15 25   it to maturity, because you get paid your 1 percent, plus

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:41:19  1    maybe the one-half percent interest, or the 1 percent

2    interest.

3              The only time you would lose money is if you

4    couldn't hold out to the end -- until you were going to get

03:41:28  5    paid your principal.  And if for some reason you need the

6    money right now, then because the interest rate is higher

7    now than when you bought it, you might sell it for a slight

8    loss.  Again, it would be a small loss, but you could take a

9    loss on a U.S. Treasury security.

03:41:41 10    Q    Is it correct that for a --

11             THE COURT REPORTER:  Excuse me.  Could you start

12   over again?  Sorry.

13             MS. PEMKOVA:  It's okay.  Stop me every time you

14   need.

03:41:49 15    BY MS. PEMKOVA:

16   Q    It the truth that banks abroad -- from other

17   countries --

18             MR. KOLE:  Foreign banks?

19             MS. PEMKOVA:  Foreign.

03:42:07 20    BY MS. PEMKOVA:

21   Q    -- foreign banks were buying U.S. Treasuries?

22   A    U.S. Treasuries are held globally, so it's quite likely

23   that foreign banks would buy U.S. Treasuries.

24   Q    Why would they be buying them?

03:42:23 25    A    Because they are safe and they're not volatile.  They

| | | |
|---|---|---|
| 03:42:26 | 1 | have a fairly consistent value.  And if you're in an area |
| | 2 | that's got a lot of inflation or you just want to have a |
| | 3 | steady rate of return, you can buy U.S. Treasury, and you'll |
| | 4 | know it will be steady.  You know you're not going to make a |
| 03:42:42 | 5 | real lot of money, but you're going to be safe, and you're |
| | 6 | going to earn a reasonable return and a return that's very |
| | 7 | transparent to the marketplace. |
| | 8 | You know, you can get a quote on it at any time, |
| | 9 | so it's not going to be a surprise to anybody. |
| 03:42:56 | 10 | Q    Okay.  According to your knowledge, is Federal Reserve |
| | 11 | system fully -- according to your knowledge, is |
| | 12 | Federal Reserve system fully in control of foreign banks |
| | 13 | monetary? |
| | 14 | A    No.  Each central bank has their own monetary policy. |
| 03:43:24 | 15 | Q    Correct.  Meaning, if foreign bank buys the treasury, |
| | 16 | holds the treasury and does anything with it legal within |
| | 17 | the country and bank policy and central bank policy, Federal |
| | 18 | Reserve will have no control over it, correct? |
| | 19 | One more time.  If European -- for example, if |
| 03:43:55 | 20 | foreign bank buys U.S. Treasury, holds it waiting for |
| | 21 | maturity, collecting the interest and simultaneously it's |
| | 22 | issuing or funding other bonds, the same junk bonds, Federal |
| | 23 | Reserve will have no control over it, correct? |
| | 24 | A    As long as it's not a U.S. bank that's located foreign |
| 03:44:25 | 25 | or if somehow there was any interaction between -- if the |

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:44:29  1   foreign bank doesn't have a U.S. presence at all, then you
        2   are correct, yes.
        3   Q    If a large foreign company owns part of the bank, is it
        4   possible in their country -- not in United States --
03:44:45  5   according to your knowledge?
        6   A    It would not surprise me if a large corporation owned a
        7   foreign bank.
        8   Q    Yes.  Very convenient to own a bank or at least part of
        9   it, correct?
03:45:00 10           MR. KOLE:  Objection.  Argumentative.
       11           THE COURT:  Sustained.
       12           MS. PEMKOVA:  Okay.
       13   BY MS. PEMKOVA:
       14   Q    Meaning, if foreign -- if the foreign bank subscribes
03:45:13 15   to as a primary dealer, can they do that?
       16   A    So, the primary dealers would go through a vetting
       17   process and which includes ownership.  So, if there was
       18   concern about an ownership, then the Federal Reserve would
       19   not allow that particular bank to be a primary dealer.
03:45:35 20   Q    Meaning, Federal Reserve is sort of the controlling or
       21   choosing who would be a primary dealer; meaning, primary
       22   dealer has to be a bank, correct?
       23   A    No.  The primary dealer doesn't have to be a bank.  It
       24   can be a broker/dealer.  But it does have to be a
03:46:01 25   United States entity, so we're not going to -- we're not

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:46:03  1   going to have a primary dealer -- a foreign entity that does

2   not have a U.S. presence will never --

3            Well, let me just put it this way:  A primary

4   dealer that does -- that doesn't have a U.S. presence -- up

03:46:13  5   to date, there's never been a primary dealer who doesn't

6   have a U.S. presence.

7   Q    Of course.  Primary dealer has to have a U.S. presence,

8   but it could be a foreign entity having a presentation, or

9   registration, or offices in the United States, correct?

03:46:32 10   A    Yes.  It could be an institution whose head office is

11  overseas and then they have a U.S. presence as well.  That's

12  correct.

13  Q    Okay.  Is it possible, due to your job, you will tell a

14  little bit more about the process, how the primary dealer is

03:46:52 15  selected or what's involved besides presence in the

16  United States to became (sic) a primary dealer?

17  A    We have a compliance unit that works with our markets

18  group, and they're involved in that process.  It's not one

19  that I'm -- I'm not one that they generally consult with.

03:47:19 20  This is a process outside of my purview.

21  Q    Correct.  Meaning, there is a compliance department,

22  which is running the process of verification to became a

23  primary dealer, correct?

24  A    Well, just so -- I think, historically --

03:47:40 25  Q    Yes or no?  Excuse me, sir.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:47:41  1    A     Well, it's not a "yes" or "no" answer.

          2    Q     Okay.

          3    A     So if you want me to explain, I will.

          4    Q     Yes, of course.

03:47:47  5    A     So the primary dealers -- for most of them have been

          6    around for decades which predates the Federal Reserve

          7    compliance unit.  I'm not saying there wasn't a vetting

          8    process done, because I'm sure there was, but now the

          9    vetting process will include our compliance group in the

03:48:03 10    mix.

         11          So when the markets group would want to either add

         12    or delete somebody; and then, the ethics group -- the

         13    compliance group would be involved in the process, so...

         14    Q     Okay.  Making it shorter -- you are excellent in long

03:48:20 15    explanations.  Making it shorter, if recently or few years

         16    ago a new primary dealer became a primary dealer, he was

         17    going -- this entity was going through the specific process

         18    of compliance set up by Federal Reserve system, correct?

         19              MR. KOLE:  Objection.  Vague and ambiguous.

03:48:45 20              THE COURT:  Do you understand the question, sir?

         21              THE WITNESS:  I did not understand the question.

         22              THE COURT:  Please re-ask.

         23    BY MS. PEMKOVA:

         24    Q     All primary dealers at certain point might have some

03:48:55 25    process approval.  I'm asking from you:  If in 2005, 2006 a

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:49:05  1  new primary dealer was passing application to became a

2  primary dealer, he was going through certain part of the

3  compliance, correct?

4  A    My belief is that the compliance unit probably would

03:49:25  5  have been involved in primary dealers later after that time

6  period.

7  Q    Later.  Okay.

8       About junk bonds.  According to your knowledge,

9  are they successful -- wrong question.  Excuse me.

03:49:44  10      Junk bonds never covered and never until the

11  crisis been in the system of the Federal Reserve system.

12  Could they be successful in -- were they successful in

13  United States?

14      MR. KOLE:  Objection.  Compound.  Vague and

03:50:02  15  ambiguous as to time.

16      MS. PEMKOVA:  Okay.

17  BY MS. PEMKOVA:

18  Q    According to -- differently.

19      Mr. Michael Milken -- did I miss something?

03:50:13  20  A    That's a name from the past.

21  Q    Would you please explain a little bit.  You know better

22  than I do.

23  A    I believe I was not at the Federal Reserve when Michael

24  Milken had his problems.

03:50:25  25  Q    I know.  But still, I believe that very few people, if

```
03:50:30   1    any, in this room knows.  Will you please as an expert in
           2    finances and investigation in the past, explain to the jury
           3    who Mr. Michael Milken is and what he has done in the
           4    United States?
03:50:45   5            MR. KOLE:  Objection.  Relevance.  Calls for a
           6    narrative.
           7            THE COURT:  I'm concerned about the relevance.  By
           8    the same token, I'm cognizant of the fact that you're
           9    defending yourself, and I want to give you a little bit of
03:50:56  10    leeway.
          11            You can have an explanation who Michael Milken --
          12            MR. KOLE:  Your Honor, I think I might -- perhaps,
          13    maybe I would actually prefer to withdraw my objection to
          14    the first question about junk bonds and let him answer.
03:51:08  15    BY MS. PEMKOVA:
          16    Q    Let me rephrase it, differently.  Do you know any
          17    American, or -- any American junk bonds which are bonds
          18    which were successful?
          19    A    So let me answer it this way and tell me if you --
03:51:26  20    Q    Okay.
          21    A    You wanted to know about junk bonds.  The Federal
          22    Reserve does not deal with junk bonds, before the financial
          23    crisis or after the financial crisis.  We don't regulate
          24    junk bonds.  We don't invest in junk bonds.
03:51:41  25    Q    I'm very sorry, sir.
```

03:51:43    1    A    So separate from that, my general knowledge of the junk

2    bond industry --

3    Q    I don't want to interrupt you, but we don't have the

4    time, and I don't want to keep you here.  I'm very sorry

03:51:50    5    interrupting.

6         You have stated Mr. Michael Milken is the author

7    of the word "junk bond," correct, or not?

8    A    I don't know if that's the origin.

9    Q    Jury and anybody in this room can go on the Internet.

03:52:05   10    Anybody in this room can go on the Internet and find out on

11    reliable pages that Mr. Michael Milken is an author of the

12    word "junk bonds."

13         I'm asking you, as a financial expert, are you

14    able or are you willing, because you are able -- are you

03:52:28   15    willing to explain jury what he has done?

16         MR. KOLE:  Objection.  Argumentative to the first

17    part.

18         THE COURT:  Do you understand the question, sir?

19         MS. PEMKOVA:  One more time.

03:52:40   20    BY MS. PEMKOVA:

21    Q    Mr. Michael Milken is an author of the -- started using

22    "junk bonds" as a word, as an instrument, and he went to

23    jail for it.  I'm going to Mr. Giuliani, who is at that time

24    prosecutor, went on the position in New York where he was in

03:53:03   25    one of the interviews, in one of the interviews, he said,

03:53:09  1    One of the biggest mistakes of his life was what?

       2            Do you remember that quote?

       3    A    No, I do not.

       4    Q    No.  Mr. Giuliani on the Internet as well say that junk

03:53:22  5    bonds author, or the one who was using -- who brought them

       6    into the financial market, it was biggest mistake

       7    prosecuting him, because Mr. Michael Milken, based on the

       8    junk bonds, brought a lot of business for the United States.

       9            MR. KOLE:  Objection.  Argumentative.

03:53:46 10            THE COURT:  What's your question?

      11            MS. PEMKOVA:  If Mr. O'Malley is able to say

      12    anything about what I was explaining.

      13    BY MS. PEMKOVA:

      14    Q    I'm asking, no knowledge.  No --

03:53:55 15    A    I have a general knowledge about high-yield bonds also

      16    known as junk bonds in the United States.  And in the ones

      17    that I know about are the ones that are rated by the rating

      18    companies so that the investors will know that there were

      19    problems with this company.  They've documented the

03:54:19 20    problems, and because of that they've rated it at maybe C,

      21    or a very low rating.  And because of that, the investors

      22    will look for much higher yield on that.  There are

      23    investors that specialize in junk bond portfolios.

      24    Q    I'm sorry for interrupting.  Thank you for explanation.

03:54:40 25            Again, I'm stopping you, just because the time is

03:54:44  1  short; particularly, you explain all that.  Do you

2  personally know as an employee of Federal Reserve about any

3  success of junk bonds in United States in last 50 years?

4  A     As an employee of the Federal Reserve?

03:55:07  5  Q     Or even private party.  Both.

6  A     I know that some people have been successful in trading

7  high yield securities.

8  Q     Would you please be specific?  Some people were

9  successful.  Please go deeper.

03:55:24  10  A     On a personal level, a friend of mine worked for

11  Morgan Stanley, which is a very large broker/dealer in

12  United States regulated by the SEC, and she was one of --

13  she was a manager of a portfolio.  And one of the things

14  that she specialized, were high-yield securities, like

03:55:48  15  casinos in the United States, and others.  So, you know, she

16  was one person that I had personally knowledge with that

17  executed that investing strategy.

18  Q     Thank you.  You mentioned casinos.  According to your

19  knowledge as a Federal Reserve employee and private party

03:56:11  20  and person interested in financial markets, can you tell us

21  more about the way how casinos, particularly in Las Vegas,

22  were funded?

23        MR. KOLE:  Objection.  Relevance.

24        THE COURT:  I'm going to sustain the objection.

03:56:28  25        MS. PEMKOVA:  Okay.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

03:56:29  1   BY MS. PEMKOVA:

2   Q     Can you tell us, besides your personal friend, any

3   specific area where application, or use -- using junk bonds

4   succeed in last 50 years?

03:56:52  5   A     I don't have -- as a general concept, without having

6   personal knowledge, I know that a lot of markets, money is

7   funded for certain ventures that are risky ventures, and

8   they can be funded with high-yield securities.

9            THE COURT:  All right.  Now, just a moment.

03:57:17 10            Deb, would you check the hallways.

11            MS. PEMKOVA:  One more time.

12            THE COURT:  Ma'am -- please.  Ms. Pimkova, just

13   one moment, please.

14            MS. PEMKOVA:  Sorry.

03:57:28 15            THE COURT:  Would you check the hallway.

16   Mr. Kirsch, the warden is here?

17            The marshal, is he here?  Is there anybody in the

18   hallway that I've requested being here?

19            In other words, I don't want to break, unless --

03:57:43 20            UNIDENTIFIED PERSON:  Whenever you like us.

21            THE COURT:  Well, it's 4:00 o'clock.  And I'm

22   going to send the jury home, because I got the marshal now

23   and the warden.  You represent they're both in the hallway.

24            Counsel, by the way, you're on CJA time.  And

03:57:56 25   coming down here, I want to assure you.  Mr. Wolfe's here.

| | | |
|---|---|---|
| 03:58:00 | 1 | What about the Santa Ana Police Department.  Are |
| | 2 | they here? |
| | 3 | UNIDENTIFIED PERSON:  I don't know all of them, |
| | 4 | but there's quite a few of them out here. |
| 03:58:06 | 5 | THE COURT:  Ask everybody to come in, please. |
| | 6 | MS. PEMKOVA:  Your Honor, I will make it easy on |
| | 7 | you. |
| | 8 | THE COURT:  No, no, Ms. Pemkova.  Just a moment. |
| | 9 | I'm trying to be courteous.  I want you to stop asking |
| 03:58:16 | 10 | questions for just a moment. |
| | 11 | MS. PEMKOVA:  Okay.  Thank you. |
| | 12 | *(Pause.)* |
| | 13 | THE COURT:  Ms. Pemkova, just a moment, please. |
| | 14 | *(Pause.)* |
| 03:58:57 | 15 | THE COURT:  Ms. Pemkova, just a moment.  Thank you |
| | 16 | very much.  I appreciate that.  If you'd be patient with me. |
| | 17 | *(Pause.)* |
| | 18 | THE COURT:  Now, ladies and gentlemen, this matter |
| | 19 | has nothing to do with this case.  I want that clearly |
| 03:59:40 | 20 | understood.  I just want to check and see who is here before |
| | 21 | I recess for the evening.  If everyone isn't present on this |
| | 22 | matter, I'm going to keep you as long as I can.  I just want |
| | 23 | to make certain that the folks I've asked to be present are |
| | 24 | here tonight, so I want to start with Santa Ana Police |
| 03:59:56 | 25 | Department. |

03:59:57    1           Are those people present?  Santa Ana police stand

            2    up.

            3           Okay.  Now, which are the offices that accompanied

            4    me at 4:45 in the morning to watch this transportation

04:00:07    5    system over a year ago?

            6           Okay.  Gentlemen, I think, I recognize you but not

            7    in those suits.

            8           Welcome.  Who are the other two persons who are

            9    with you?

04:00:19   10           UNIDENTIFIED PERSON:  Employees that were with --

           11           THE COURT:  Thank you very much.  It's a pleasure

           12    you're here.  The marshal is here.  The warden is here as a

           13    courtesy.  Thank you.

           14           I've invited Mr. Wolfe, actually subpoenaed, to

04:00:32   15    come up, and I've asked CJA counsel Kate Corrigan to come

           16    up.  Also, I've asked private counsel if he would identify

           17    himself, who was here --

           18           MR. BELTER:  Michael Belter.

           19           THE COURT:  Thank you, Mr. Belter.

04:00:45   20           These are CJA funds that we're going to spend

           21    tonight.  I've asked for Amy -- the public defender's

           22    office.  Is she here?

           23           UNIDENTIFIED PERSON:  Your Honor, she's at the

           24    jail, but I'm here.

04:00:58   25           THE COURT:  She's not in jail, she's at the jail?

04:01:00  1            UNIDENTIFIED PERSON:  She's at the jail.  I

2    actually didn't know.  I came up here randomly, so I can't

3    report to say --

4            THE COURT:  Well, you'll be representing the

04:01:09  5    office tonight -- I don't intend to keep people -- to see if

6    we can resolve this.

7            UNIDENTIFIED PERSON:  Thank you, Your Honor.

8            THE COURT:  And Denise is here also.  I want to

9    thank you.

04:01:16 10            Who else is here who might have -- Mr. Cordone is

11    here.  It's a pleasure to see you.  Different side of the

12    lectern.

13            Anyone else that we've asked to be present?

14            UNIDENTIFIED PERSON:  BOP:  Bureau of Prisons.

04:01:32 15            THE COURT:  Well, I know the warden is here.  I

16    already mentioned that.

17            Gentlemen.  Okay.  Thank you very much.

18            Well, ladies and gentlemen, you're going to recess

19    this evening.

04:01:41 20            Ms. Pemkova, you'll resume tomorrow morning with

21    your questions of this witness.

22            Has anybody talked to anybody about this case, so

23    I get to start over again?

24            Don't do it.

04:01:53 25            And now the legal admonition is:  You're not

04:01:55  1    supposed to discuss this matter with anyone, nor form or

2    express an opinion concerning the case.  You can talk to

3    anybody about your family or friends.  I just prefer you not

4    even mention, quite frankly, the kind of case you're in, or

04:02:08  5    the charges that have been brought, because the more you say

6    to the general public, especially people who love you, the

7    more they're going to be inclined to respond to you about

8    what their thoughts and evaluations are.

9              Remember, there are only 12 persons who have been

04:02:24  10   selected to preside over this matter, quite frankly, and

11   we'll hear the evidence at one time.

12             Okay.  Can we resume at 8:30 tomorrow morning?

13   Will that be acceptable?

14             Okay.  Thank you very much.  Good night.

04:02:37  15             MS. PEMKOVA:  May I say something?

16             THE COURT:  Just a moment.

17        (Jury out.)

18        (The following proceedings were had outside the

19        presence of the jury:)

04:03:22  20             THE COURT:  Counsel, if you'll be seated.

21             A number of matters that need to resolved.

22             Ms. Pemkova, you brought up an issue concerning

23   the request of the representative of GoDaddy.

24             Could she be asked to come in for just a moment?

04:04:08  25        (Pause.)

04:04:08  1          THE COURT:  First of all, thank you for your

        2   courtesy.  I think -- why don't you have a seat at the table

        3   next to the Government for just a moment.

        4          I think that Ms. Pemkova was asking today and

04:04:20  5   inquiring about a subpoena, or court directive, or search

        6   warrant that would have been served on GoDaddy to produce

        7   the documents that were relied upon by the Government

        8   concerning the ISP.

        9          MS. PEMKOVA:  Right.

04:04:43 10          THE COURT:  And from memory, I forget.  I think it

       11   was Exhibit 103, 144, I think 145, but I'm not certain of

       12   that.

       13          MS. PEMKOVA:  Yes.

       14          THE COURT:  And I'm just wondering if the agent

04:04:58 15   for the FBI can share any wisdom that might short-circuit a

       16   very laborious process.  This is quite old, but I don't --

       17   if we can achieve these readily, I'd like to go through an

       18   informal process, rather than a formal process with a lot of

       19   inconvenience to the agency to get the information you're

04:05:17 20   requesting, Ms. Pemkova.

       21          MR. KOLE:  Your Honor, we would, probably, need to

       22   look in the file to make sure, to see where there was a

       23   subpoena.

       24          THE COURT:  Let's get you back to Arizona tonight.

04:05:38 25   Let's have you catch that 7:00 o'clock plane, which is

*DEBORAH D. PARKER, U.S. COURT REPORTER*

04:05:42   1   exactly 14-and-a-half minutes if you drive the legal speed.

2          UNIDENTIFIED PERSON:  It's up to the cab driver.

3          THE COURT:  Could you give the agency or the FBI a

4   call tomorrow or the government and see if you could locate

04:05:55   5   that document that was served on you?

6          UNIDENTIFIED PERSON:  I was actually already

7   working --

8          THE COURT:  Hmm?

9          UNIDENTIFIED PERSON:  I was already actually

04:06:02   10   working on that.

11          THE COURT:  Oh, were you?  How have you done so

12   far?

13          UNIDENTIFIED PERSON:  I think I located it, so I

14   can give them actually --

04:06:05   15          THE COURT:  Would you.

16          Now, Ms. Pemkova, if that's the situation, then we

17   don't even need to serve a subpoena.  Otherwise, we'll get

18   that subpoena out for you, but that's a laborious process.

19   I rather handle it informally.

04:06:20   20          And I want to make sure, Ms. Pemkova, that the

21   information you've requested on cross-examination was:  You

22   wanted either the subpoena, or the court order, or the

23   search warrant.  Okay?  Hopefully, we'll achieve that

24   quickly and informally.

04:06:38   25          MR. KOLE:  And, Your Honor, I'll check my file.

*DEBORAH D. PARKER, U.S. COURT REPORTER*

04:06:40  1            In the event that it was a grand jury subpoena, do

2     I have permission from the Court under Rule 6 to provide it?

3                 THE COURT:  Yes.

4                 Well, Mr. Steward, jury instructions tonight?  Or

04:06:54  5     not a good idea?

6                 MR. STEWARD:  I would say not a good idea.

7                 THE COURT:  Let me take that wisdom:  It's not a

8     good idea.

9                 And not tomorrow night, Mr. Steward?

04:07:05 10            MR. STEWARD:  I don't believe so, Your Honor.

11                THE COURT:  How close are we on the jury

12    instructions?

13                MR. KOLE:  I don't know, Your Honor.

14                When Mr. Steward was counsel, we had a joint set

04:07:14 15    that we submitted and there was only one that was only

16    potentially going to be executed.  I haven't heard from

17    Ms. Pemkova whether she has any other disputes.

18                THE COURT:  Ms. Pemkova, we're going to share

19    these jury instructions with you.  And I would suggest that

04:07:30 20    during the proceedings -- do you have the instructions with

21    you now?

22                MS. PEMKOVA:  I believe today.

23                THE COURT:  Have you seen these before,

24    Ms. Pemkova?

04:07:39 25            MS. PEMKOVA:  No.

04:07:40   1          THE COURT:  Mr. Steward is going to share those

2     with you.  And I would encourage you, even though he's

3     standby counsel, to listen very carefully to his thoughts,

4     if you were kind enough to ask him about the instructions

04:07:52   5     that should be given.  He's a lawyer, obviously, and an

6     excellent lawyer.  And I think a standby counsel, especially

7     in the areas of what the Court is going to instruct, it

8     would be wise just to reach out to him.  It doesn't mean you

9     have to accept his advice, but it does mean that he's there

04:08:12  10     and tried to accommodate you.

11          All right, then.  Counsel, is there anything --

12          MR. KOLE:  For the record, at counsel table with

13     me are Agent Reitz and Ms. Keena Willis.

14          THE COURT:  And, Debbie, we had that before.

04:08:28  15     There was just a switch of court reporters.

16          Then, Counsel, at 8:30.

17          And Ms. Pemkova?

18          MS. PEMKOVA:  What time will Mr. O'Malley fly

19     home, because he's from somewhere --

04:08:41  20          THE COURT:  He's not flying home.  He's been

21     subpoenaed down here, and he's staying right here.  And he

22     will be available to you, so I have a thorough

23     cross-examination until you're satisfied tomorrow.

24          I'm not going to govern the Court by the time

04:08:52  25     constraints of any witness, and I think his position was, he

04:08:56  1   couldn't get out here.  He's resolved that and now he's

2   here.  He's here for both sides to thoroughly examine, so

3   you don't worry about the time.  You worry about the quality

4   of your questions, okay?

04:09:08  5       Okay.  Good night now.

6       MR. KOLE:  Thank you, Your Honor.

7       *(At 4:09 p.m., proceedings were adjourned.)*

8

9                    -oOo-

04:09:11  10

11                  CERTIFICATE

12       I hereby certify that pursuant to Section 753,

13   Title 28, United States Code, the foregoing is a true and

14   correct transcript of the stenographically reported

04:09:11  15   proceedings held in the above-entitled matter and that the

16   transcript page format is in conformance with the

17   regulations of the Judicial Conference of the United States.

18

19   Date:  March 20, 2016

04:09:11  20

21

22              _____
                  /s/DEBORAH D. PARKER
             DEBORAH D. PARKER, OFFICIAL REPORTER

23

24

25

*DEBORAH D. PARKER, U.S. COURT REPORTER*