**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**HONORABLE DAVID O. CARTER, JUDGE PRESIDING**

- - - - - - -

```
UNITED STATES OF AMERICA,      )
                               )   CERTIFIED
         Plaintiff,            )
                               )
     vs.                       ) No. 08-CR-0180-DOC
                               )    Day 10, Sidebar
IRENE PEMKOVA,                 )
                               )
         Defendant.            )
_____)
```

REPORTER'S TRANSCRIPT OF PROCEEDINGS

Jury Trial (Sidebar proceedings)

Santa Ana, California

Wednesday, June 24, 2015

Debbie Gale, CSR 9472, RPR, CCRR
Federal Official Court Reporter
United States District Court
411 West 4th Street, Room 1-053
Santa Ana, California 92701
(714) 558-8141

**DEBBIE GALE, U.S. COURT REPORTER**

```
 1   APPEARANCES OF COUNSEL:

 2

     FOR THE UNITED STATES OF AMERICA:
 3
         DEPARTMENT OF JUSTICE
 4       OFFICE OF THE UNITED STATES ATTORNEY
         BY:   Lawrence Kole
 5             Assistant United States Attorney
         411 West 4th Street
 6       8th Floor
         Santa Ana, California 92701
 7       714-338-3500

 8


 9   FOR DEFENDANT IRENE PEMKOVA:

10       Irene Pemkova, aka Pimkova, (pro se)

11


12   STANDBY COUNSEL FOR DEFENDANT IRENE PEMKOVA:

13       H. Dean Steward (CJA appointed)
         Attorney at Law
14       H. DEAN STEWARD LAW OFFICES
         107 Avenida Miramar
15       Suite C
         San Clemente, California 92672
16       949-481-4900
         deansteward@fea.net
17

18   ALSO PRESENT:

19       Thomas Reitz, FBI

20

21

22

23

24

25
```

1            **I N D E X**

2   **PROCEEDINGS**                                            **PAGE**

3   Sidebar proceedings                                         4

```
 1            SANTA ANA, CALIFORNIA, WEDNESDAY, JUNE 24, 2015

 2                           Day 10 Sidebar

 3                            (11:31 a.m.)

 4                        SIDEBAR PROCEEDINGS

 5            (Sidebar proceedings begin at 11:31 a.m.)

 6            THE COURT:  We're at sidebar.  Mr. Steward,

 7   Ms. Pemkova and Mr. Kole.

 8            MR. KOLE:  My concern, Your Honor, was I didn't

 9   want the -- if Ms. Pemkova had argument to present on some

10   of these exhibits that are still open and pending issues,

11   that they might come in if she comes up with the redacted --

12   unredacted versions -- that she not be barred from doing

13   so --

14            THE COURT:  She's not barred.  I've indicated that

15   she can argue.  And I think I indicated she can even argue,

16   I forget the number, 243.  All I want is an --

17            MS. PEMKOVA:  -- put i topped me, Your Honor.

18            THE COURT:  I'm sorry.  I mean to be polite.  I

19   was still speaking between the two of you.

20            MS. PEMKOVA:  I'm sorry.

21            THE COURT:  At some point --

22            MS. PEMKOVA:  I apologize.

23            THE COURT:  -- I'm gently asking that I be able to

24   finish.

25            I forget the exact number.  I think it was 243.
```

1  It was a document from a European court.  I'm doing that
2  from memory.  You can comment on that document, if you'd
3  like to.  I also indicated that there was another excluded
4  document that I let you use as a summary.
5           The one document that I excluded was a "2008"
6  because it came outside the parameters of the actual period.
7           MR. KOLE:  Right.
8           THE COURT:  And didn't refer to the actual period
9  from a bank.  And we've had a number of discussions about
10 that.  I can't imagine being any more broad in my rulings.
11          And if you want to comment on 243, you're more
12 than welcome to.
13          MS. PEMKOVA:  May I?
14          THE COURT:  I thought she already had.
15          MS. PEMKOVA:  You stopped me, Your Honor.
16          THE COURT:  I thought she had commented on that
17 earlier, but if not --
18          MS. PEMKOVA:  No.
19          THE COURT:  Please.
20          MS. PEMKOVA:  Thank you.
21          THE COURT:  Now, let's get back to work, please.
22          MS. PEMKOVA:  Thank you.
23          I'm sorry, Your Honor.  I didn't mean to be rude.
24          THE COURT:  You weren't.  I needed to complete my
25 portion.  Thank you.

1  *(End of sidebar proceedings at 11:36 a.m.)*
2  -oOo-

-oOo-

CERTIFICATE

I hereby certify that pursuant to Section 753, Title 28, United States Code, the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the Judicial Conference of the United States.

Date:   May 19, 2016

/s/ Debbie Gale
_____
DEBBIE GALE, U.S. COURT REPORTER
CSR NO. 9472, RPR, CCRR