

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**OFFICE OF THE CLERK OF COURT**

To:    Chief Deputy/Fiscal

**Re:**    **Verification of Surrender to Bureau of Prisons or Report to United States Probation**

Case Number:   8:08–cr–00180–DOC

Defendant's Name:   Irene Pemkova

The above–named defendant was ordered to self–surrender to begin serving their sentence of imprisonment on   3/29/19  . The bond may be exonerated pending the verification as to whether the defendant is being electronically monitored by the U.S. Probation Office; confined to the custody of the Bureau of Prisons; or completed their jail time.

**As of :  6/27/19  , it was verified the defendant:**

  Not in custody  .

---

**Verified via Bureau of Prisons website.**

  June 27, 2019
Date

By     */s/ Trina Debose*
Deputy Clerk

CR–86 (11/08)        VERIFICATION OF SURRENDER